GEORGE A. RILEY (S.B. #118304) griley@omm.com
LUANN L. SIMMONS (S.B. #203526) lsimmons@omm.com
O'MELVENY & MYERS LLP
Embarcadero Center West
275 Battery Street
San Francisco, CA 94111-3305
Telephone: (415) 984-8700
Facsimile: (415) 984-8701

**E-filed 7-28-06**

DAVID M. FURBUSH (S.B. #83447) dfurbush@omm.com
O'MELVENY & MYERS LLP
2765 Sand Hill Road
Menlo Park, CA 94025
Telephone: (650) 473-2600
Facsimile: (650) 473-2601

Attorneys for Nominal Defendant
Apple Computer, Inc.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| NICHOLAS KARANT, Derivatively on Behalf of Nominal Defendant APPLE COMPUTER, INC., <br><br> Plaintiff, <br><br> v. <br><br> STEVEN P. JOBS, MICHAEL H. SPINDLER, IAN DIERY, JAMES J. BUCKLEY, DANIEL L. EILERS, G. FREDERICK FORSYTH, FRED D. ANDERSON, GUERRINO DE LUCA, JONATHAN RUBINSTEIN, ROBERT CALDERONI, MITCHELL MANDICH, TIMOTHY D. COOK, RONALD B. JOHNSON, AVADIS TEVANIAN, JR., JEROME B. YORK, WILLIAM V. CAMPBELL, ARTHUR D. LEVINSON, and MILLARD DREXLER, <br><br> Defendants, <br><br> and APPLE COMPUTER, INC., <br><br> Nominal Defendant. | Case No. C06-04128 JF <br><br> **STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT** |

1  IT IS HEREBY STIPULATED by and between Plaintiff Nicholas Karant ("Karant") and
2  Nominal Defendant Apple Computer, Inc. ("Apple") as follows:
3  WHEREAS, Karant filed his Complaint against Defendants on June 30, 2006, and served
4  Apple on July 5, 2006;
5  WHEREAS, Apple is currently scheduled to respond to Karant's Complaint by July 25,
6  2006;
7  WHEREAS, Apple's undersigned counsel have obtained authorization to accept service of
8  process on behalf of several of the individual defendants, and is in the process of seeking such
9  authority from others, and is discussing representation issues with the individual defendants;
10  WHEREAS, Karant has agreed to extend to September 1, 2006, the time for all defendants
11  to move or plead in response to Karant's Complaint;
12  NOW THEREFORE, pursuant to Civil Local Rule 6-1, the parties hereby stipulate as
13  follows:
14  All defendants who have been served to date, and all defendants who shall subsequently
15  accept service and request to be covered by this stipulation, shall have an extension of time to
16  answer or otherwise respond to Plaintiff Nicholas Karant's Complaint to September 1, 2006.
17  IT IS SO STIPULATED.

| | | |
|---|---|---|
| 1 | Dated: July 24, 2006 | GEORGE A. RILEY |
| 2 | | DAVID M. FURBUSH |
| | | LUANN L. SIMMONS |
| | | O'MELVENY & MYERS LLP |

Dated: July 24, 2006

GEORGE A. RILEY
DAVID M. FURBUSH
LUANN L. SIMMONS
O'MELVENY & MYERS LLP

By: /s/ Luann L. Simmons
Luann L. Simmons
Attorneys for Nominal Defendant
Apple Computer, Inc.

Dated: July 24, 2006

ALAN R. PLUTZIK
KATHRYN A. SCHOFIELD
BRAMSON, PLUTZIK, MAHLER &
BIRKHAEUSER, LLP

By: /s/ Alan R. Plutzik
Alan R. Plutzik
Attorneys for Plaintiff Nicholas Karant

I attest under penalty of perjury that concurrence in the filing of this document has been obtained from Alan R. Plutzik.

Dated: July 24, 2006

GEORGE A. RILEY
DAVID M. FURBUSH
LUANN L. SIMMONS
O'MELVENY & MYERS LLP

By: /s/ Luann L. Simmons
Luann L. Simmons
Attorneys for Defendants

## [PROPOSED] ORDER

Pursuant to stipulation, IT IS SO ORDERED.

Dated: 7/28/06

Honorable Jeremy Fogel
United States District Judge

SF1:634943.1

- 3 -

STIPULATION AND [PROPOSED] ORDER
EXTENDING TIME TO RESPOND TO
COMPLAINT C06-04128 JF