**E-filed 8/31/06**

1  GEORGE A. RILEY (State Bar No. 118304)
   LUANN L. SIMMONS (State Bar No. 203526)
2  O'MELVENY & MYERS LLP
   Embarcadero Center West
3  275 Battery Street
   San Francisco, California  94111
4  Telephone:   (415) 984-8700
   Facsimile:   (415) 984-8701
5  E-Mail:       griley@omm.com
                 lsimmons@omm.com
6
   DAVID M. FURBUSH (State Bar No. 83447)
7  O'MELVENY & MYERS LLP
   2765 Sand Hill Road
8  Menlo Park, California  94025
   Telephone:   (650) 473-2600
9  Facsimile:   (650) 473-2601
   E-Mail:       dfurbush@omm.com
10
   Attorneys for Nominal Defendant
11 APPLE COMPUTER, INC.

12                    **UNITED STATES DISTRICT COURT**

13                    **NORTHERN DISTRICT OF CALIFORNIA**

14                           **SAN JOSE DIVISION**

15 NICHOLAS KARANT and ALECTA                    Case No. C 06-04128 JF
   PENSIONSFÖRSÄKRING, ÖMSESIDIGT,
16 Derivatively on Behalf of Nominal Defendant
   APPLE COMPUTER, INC.,                         **CORRECTED STIPULATION AND**
17                                                **[PROPOSED] ORDER EXTENDING**
                  Plaintiffs,                     **TIME FOR DEFENDANTS TO**
18                                                **RESPOND TO COMPLAINT**
        v.
19 STEVEN P. JOBS, MICHAEL H. SPINDLER,
   IAN DIERY, JAMES J. BUCKLEY, DANIEL
20 L. EILERS, G. FREDERICK FORSYTH,
   FRED D. ANDERSON, GUERRINO
21 DE LUCA, JONATHAN RUBINSTEIN,
   ROBERT CALDERONI, MITCHELL
22 MANDICH, TIMOTHY D. COOK,
   RONALD B. JOHNSON, AVADIS
23 TEVANIAN, JR., JEROME B. YORK,
   WILLIAM V. CAMPBELL, ARTHUR D.
24 LEVINSON, and MILLARD DREXLER,

25                  Defendants,
        - and -
26 APPLE COMPUTER, INC.,

27                  Nominal Defendant.

28

---

CORRECTED STIP. & PROPOSED ORDER EXTENDING TIME TO RESPOND TO COMPL. - C 06-04128 JF

1   IT IS HEREBY STIPULATED by and between Plaintiffs Nicholas Karant and Alecta

2   Pensionsförsäkring, Ömsesidigt and Nominal Defendant Apple Computer, Inc., as follows:

3   WHEREAS, the undersigned parties previously agreed to extend the time for response to

4   the operative complaint to September 1, 2006;

5   WHEREAS, counsel are engaged in discussing the possibility of consolidation of this

6   matter with related cases and/or the subsequent filing of a consolidated complaint;

7   WHEREAS, the undersigned parties wish to further judicial efficiency by deferring

8   responsive pleadings until such time as consolidation issues are addressed;

9   NOW, THEREFORE, pursuant to Local Rule 6-1, the undersigned parties hereby stipulate

10  as follows:

11  All defendants who have been served to date, and all defendants who shall subsequently

12  accept service and request to be covered by this stipulation, shall have a further extension of time

13  to answer or otherwise respond to the Amended Complaint to October 6, 2006.

14  IT IS SO STIPULATED.

15  Dated: August 28, 2006                      GEORGE A. RILEY
                                                 DAVID M. FURBUSH
16                                               LUANN L. SIMMONS
                                                 O'MELVENY & MYERS LLP
17

18
                                                 By: /s/ Luann L. Simmons
19                                                    ─────────────────────
                                                          Luann L. Simmons
20
                                                 Attorneys for Nominal Defendant
21                                               APPLE COMPUTER, INC.

22  Dated: August 28, 2006                      ALAN R. PLUTZIK
                                                 KATHRYN A. SCHOFIELD
23                                               BRAMSON, PLUTZIK, MAHLER &
                                                   BIRKHAEUSER, LLP
24

25
                                                 By: /s/ Kathryn A. Schofield
26                                                    ─────────────────────
                                                          Kathryn A. Schofield
27
                                                 Attorneys for Plaintiffs
                                                 NICHOLAS KARANT and ALECTA
28                                               PENSIONSFÖRSÄKRING, ÖMSESIDIGT

CORRECTED STIP. & PROPOSED ORDER EXTENDING TIME TO RESPOND TO COMPL. - C 06-04128 JF

**CERTIFICATION OF CONCURRENCE**

I attest under penalty of perjury that concurrence in the filing of this document has been obtained from Kathryn A. Schofield.

Dated: August 28, 2006

GEORGE A. RILEY
DAVID M. FURBUSH
LUANN L. SIMMONS
O'MELVENY & MYERS LLP


By: /s/ Luann L. Simmons
        Luann L. Simmons

Attorneys for Nominal Defendant
APPLE COMPUTER, INC.


**[PROPOSED] ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Dated: 8/31/06

_____
The Honorable Jeremy Fogel
United States District Judge

MP1:986095.2

- 2 -
CORRECTED STIP. & PROPOSED ORDER EXTENDING TIME TO RESPOND TO COMPL. - C 06-04128 JF