**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**RELATED CASE ORDER**

A Motion for Administrative Relief to Consider Whether Cases Should be Related or a *Sua Sponte* Judicial Referral for Purpose of Determining Relationship (Civil L.R. 3-12) has been filed.  The time for filing an opposition or statement of support has passed.  As the judge assigned to the earliest filed case below that bears my initials, I find that the more recently filed cases that I have initialed below are related to the case assigned to me, and such cases shall be reassigned to me.  Any cases listed below that are not related to the case assigned to me are referred to the judge assigned to the next-earliest filed case for a related case determination.


**C 06-04128 JF**        **Karant v. Jobs et al**

**C 06-04454 JF**        **Holbert v. Anderson et al**



**C 06-04493 JF**        **Pirelli Armstrong Tire Corporation Retiree Medical Benefits Trust v.**
                         **Anderson et al**



**C 06-04510 JF**        **Port Authority of Allegheny County Retirement and Disability Allowance**
                         **Plan for Employees Represented by Local 85 of the Amalgamated Transit**
                         **Union v. Jobs et al**



**C 06-04649 JF**        **Alecci v. Anderson et al**



**C 06-04703 JF**        **Priebe et al v. Jobs et al**



**C 06-05007 PVT**        **AFSCME Employees&#039; Pension Plan v. Apple Computer, Inc. Et al**

         **I find that the above case is related to the case assigned to me. ___JF_____**


-1-

**C 06-05035 PJH**        **Jones v. Anderson et al**

        I find that the above case is related to the case assigned to me. __JF_____


**C 06-05246 RMW**        **Lui v. Jobs et al**

        I find that the above case is related to the case assigned to me. __JF_____

## ORDER

        Counsel are instructed that all future filings in any reassigned case are to bear the initials of the newly assigned judge immediately after the case number. Any case management conference in any reassigned case will be rescheduled by the Court.  The parties shall adjust the dates for the conference, disclosures and report required by FRCivP 16 and 26 accordingly. Unless otherwise ordered, any dates for hearing noticed motions are vacated and must be re-noticed by the moving party before the newly assigned judge; any deadlines set by the ADR Local Rules remain in effect; and any deadlines established in a case management order continue to govern, except dates for appearance in court, which will be rescheduled by the newly assigned judge.


Dated:  9/12/06 _____        _____

        Judge Jeremy Fogel


Dated:_____        _____

        Judge Jeremy Fogel


Dated:_____        _____

        Judge Jeremy Fogel


Dated:_____        _____

        Judge Jeremy Fogel

Dated:_____    _____

                                       Judge Jeremy Fogel

Dated:_____    _____

                                       Judge Jeremy Fogel

Dated:_____    _____

                                       Chief Magistrate Judge Patricia V. Trumbull

Dated:_____    _____

                                       Judge Phyllis J. Hamilton

**CLERK'S NOTICE**

The court has reviewed the motion and determined that no cases are related and no reassignments shall occur.

Richard W. Wieking, Clerk

DATED: _____          By: _____

Deputy Clerk

## CERTIFICATE OF SERVICE

I certify that on the date stated below, I lodged a copy of this order with each judicial officer and I mailed a copy to each counsel of record or *pro se* party in the cases listed above.

**Richard W. Wieking, Clerk**

**DATED:** _____      **By:** _____
**Deputy Clerk**

Copies to:   Courtroom Deputies
             Case Systems Administrators
             Counsel of Record
Entered into Assignment Program: _____(date)