**E-filed 9/26/06**

GEORGE A. RILEY (State Bar No. 118304)
LUANN L. SIMMONS (State Bar No. 203526)
O'MELVENY & MYERS LLP
Embarcadero Center West
275 Battery Street
San Francisco, California 94111
Telephone: (415) 984-8700
Facsimile: (415) 984-8701
E-Mail:      griley@omm.com
             lsimmons@omm.com

DAVID M. FURBUSH (State Bar No. 83447)
O'MELVENY & MYERS LLP
2765 Sand Hill Road
Menlo Park, California 94025
Telephone: (650) 473-2600
Facsimile: (650) 473-2601
E-Mail:      dfurbush@omm.com

Attorneys for Nominal Defendant
APPLE COMPUTER, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| NICHOLAS KARANT and ALECTA PENSIONSFÖRSÄKRING, ÖMSESIDIGT, Derivatively on Behalf of Nominal Defendant APPLE COMPUTER, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>STEVEN P. JOBS, MICHAEL H. SPINDLER, IAN DIERY, JAMES J. BUCKLEY, DANIEL L. EILERS, G. FREDERICK FORSYTH, FRED D. ANDERSON, GUERRINO DE LUCA, JONATHAN RUBINSTEIN, ROBERT CALDERONI, MITCHELL MANDICH, TIMOTHY D. COOK, RONALD B. JOHNSON, AVADIS TEVANIAN, JR., JEROME B. YORK, WILLIAM V. CAMPBELL, ARTHUR D. LEVINSON, and MILLARD DREXLER,<br><br>Defendants,<br><br>- and -<br><br>APPLE COMPUTER, INC.,<br><br>Nominal Defendant. | Case No. C 06-04128 JF<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE AND ASSOCIATED DATES** |

1   IT IS HEREBY STIPULATED by and between Plaintiffs Nicholas Karant and Alecta
2   Pensionsförsäkring, Ömsesidigt ("Plaintiffs") and Individual Defendants Fred D. Anderson,
3   William V. Campbell, Millard S. Drexler, Steven P. Jobs, Arthur D. Levinson, Jerome B. York,
4   Timothy D. Cook, Avadis Tevanian, Jr., Jonathan Rubinstein, Ronald B. Johnson, Peter
5   Oppenheimer, Mitchell Mandich, Robert M. Calderoni, James J. Buckley, Daniel L. Eilers and G.
6   Frederick Forsyth and Nominal Defendant Apple Computer, Inc. ("Apple") as follows:

7   WHEREAS, the undersigned parties are currently discussing consolidation of this case
8   with other similar cases pending in this Court and/or the filing of a consolidated complaint. The
9   undersigned parties are diligently working on finalizing a stipulation to consolidate the cases.
10  The undersigned parties believe that it serves the interests of judicial economy and efficiency to
11  defer the pending Case Management Conference and associated dates to a time when
12  consolidation issues have been addressed and the Case Management Conference can encompass
13  all similar actions in one proceeding.

14  NOW, THEREFORE, pursuant to Local Rule 6-1, the undersigned parties stipulate and
15  respectfully request that the Court enter an order continuing the Case Management Conference to
16  the Court's first available date that falls at least 30 days after entry of the Court's Order
17  appointing lead plaintiffs' counsel, with all associated dates continued to equivalent periods prior
18  to the rescheduled Case Management Conference as per applicable local rules.

20  IT IS SO STIPULATED.

21  Dated: September 21, 2006

GEORGE A. RILEY
DAVID M. FURBUSH
LUANN L. SIMMONS
O'MELVENY & MYERS LLP


By: /s/ Luann L. Simmons
          Luann L. Simmons

Attorneys for Individual Defendants FRED D.
ANDERSON, WILLIAM V. CAMPBELL,
MILLARD S. DREXLER, STEVEN P. JOBS,
ARTHUR D. LEVINSON, JEROME B.
YORK, TIMOTHY D. COOK, AVADIS

|  |  |
|---|---|
|  | TEVANIAN, JR., JONATHAN RUBINSTEIN, RONALD B. JOHNSON, PETER OPPENHEIMER, MITCHELL MANDICH, ROBERT M. CALDERONI, JAMES J. BUCKLEY, DANIEL L. EILERS and G. FREDERICK FORSYTH, and Nominal Defendant APPLE COMPUTER, INC. |
| Dated:  September 21, 2006 | ALAN R. PLUTZIK<br>KATHRYN A. SCHOFIELD<br>BRAMSON, PLUTZIK, MAHLER &<br>    BIRKHAEUSER, LLP<br><br>By:  /s/ Kathryn A. Schofield<br>         Kathryn A. Schofield<br><br>Attorneys for Plaintiffs<br>NICHOLAS KARANT and ALECTA PENSIONSFÖRSÄKRING, ÖMSESIDIGT |

**CERTIFICATION OF CONCURRENCE**

I attest under penalty of perjury that concurrence in the filing of this document has been obtained from Kathryn A. Schofield.

|  |  |
|---|---|
| Dated:  September 21, 2006 | GEORGE A. RILEY<br>DAVID M. FURBUSH<br>LUANN L. SIMMONS<br>O'MELVENY & MYERS LLP<br><br>By:  /s/ Luann L. Simmons<br>         Luann L. Simmons<br><br>Attorneys for Individual Defendants FRED D. ANDERSON, WILLIAM V. CAMPBELL, MILLARD S. DREXLER, STEVEN P. JOBS, ARTHUR D. LEVINSON, JEROME B. YORK, TIMOTHY D. COOK, AVADIS TEVANIAN, JR., JONATHAN RUBINSTEIN, RONALD B. JOHNSON, PETER OPPENHEIMER, MITCHELL MANDICH, ROBERT M. CALDERONI, JAMES J. BUCKLEY, DANIEL L. EILERS and G. FREDERICK FORSYTH, and Nominal Defendant APPLE COMPUTER, INC. |

1 | **[PROPOSED] ORDER**

Case Management Conference is continued to 12/1/06 at 10:30 AM.

Pursuant to stipulation, IT IS SO ORDERED.

Dated: _____9/22/06_____

_____
The Honorable Jeremy Fogel
United States District Judge

MP1:987999.1

- 3 -
STIP. & PROPOSED ORDER CONTINUING CMC - C 06-04128 JF