\*\*E-filed 10/6/06\*\*

GEORGE A. RILEY (S.B. #118304) griley@omm.com
LUANN L. SIMMONS (S.B. #203526) lsimmons@omm.com
O'MELVENY & MYERS LLP
Embarcadero Center West, 275 Battery Street
San Francisco, California  94111-3305
Telephone:   (415) 984-8700
Facsimile:   (415) 984-8701

DAVID M. FURBUSH (S.B. #83447) dfurbush@omm.com
O'MELVENY & MYERS LLP
2765 Sand Hill Road
Menlo Park, California  94025
Telephone:   (650) 473-2600
Facsimile:   (650) 473-2601

Attorneys for Individual Defendants STEVEN P. JOBS, IAN DIERY, JAMES J. BUCKLEY, DANIEL L. EILERS, G. FREDERICK FORSYTH, FRED D. ANDERSON, GUERRINO DE LUCA, JONATHAN RUBINSTEIN, ROBERT CALDERONI, MITCHELL MANDICH, TIMOTHY D. COOK, RONALD B. JOHNSON, AVADIS TEVANIAN, JR., JEROME B. YORK, WILLIAM V. CAMPBELL, ARTHUR D. LEVINSON, and MILLARD DREXLER, and Nominal Defendant APPLE COMPUTER, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION

| | |
|---|---|
| NICHOLAS KARANT and ALECTA PENSIONSFÖRSÄKRING, ÖMSESIDIGT, Derivatively on Behalf of Nominal Defendant APPLE COMPUTER, INC., <br><br> Plaintiffs, <br><br> v. <br><br> STEVEN P. JOBS, MICHAEL H. SPINDLER, IAN DIERY, JAMES J. BUCKLEY, DANIEL L. EILERS, G. FREDERICK FORSYTH, FRED D. ANDERSON, GUERRINO DE LUCA, JONATHAN RUBINSTEIN, ROBERT CALDERONI, MITCHELL MANDICH, TIMOTHY D. COOK, RONALD B. JOHNSON, AVADIS TEVANIAN, JR., JEROME B. YORK, WILLIAM V. CAMPBELL, ARTHUR D. LEVINSON, and MILLARD DREXLER, <br><br> Defendants, <br><br> - and - <br><br> APPLE COMPUTER, INC., <br><br> Nominal Defendant. | Case No. C 06-04128 JF <br><br> **FURTHER STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT** |

1    IT IS HEREBY STIPULATED by and between Plaintiffs Nicholas Karant and Alecta Pensionsförsäkring, Ömsesidigt ("Plaintiffs") and Individual Defendants Steven P. Jobs, Ian Diery, James J. Buckley, Daniel L. Eilers, G. Frederick Forsyth, Fred D. Anderson, Guerrino De Luca, Jonathan Rubinstein, Robert Calderoni, Mitchell Mandich, Timothy D. Cook, Ronald B. Johnson, Avadis Tevanian, Jr., Jerome B. York, William V. Campbell, Arthur D. Levinson, Millard Drexler and Nominal Defendant Apple Computer, Inc. ("Defendants"), as follows:

WHEREAS, Apple is currently scheduled to respond to Plaintiffs' Complaint by October 6, 2006;

WHEREAS, counsel are engaged in discussing the possibility of consolidation of this matter with related cases and/or the subsequent filing of a consolidated complaint;

WHEREAS, the undersigned parties wish to further judicial efficiency by deferring responsive pleadings until such time as consolidation issues are addressed;

NOW, THEREFORE, pursuant to Local Rule 6-1, the undersigned parties hereby stipulate as follows:

All defendants who have been served to date, and all defendants who shall subsequently accept service and request to be covered by this stipulation, shall have a further extension of time to answer or otherwise respond to 30 days after the filing of a consolidated complaint, _or_ in the event that the Court denies the forthcoming motion for consolidation, the above-described defendants shall answer or otherwise respond to Plaintiffs' Complaint no later than 30 days after such denial.

IT IS SO STIPULATED.

Dated: October 4, 2006

GEORGE A. RILEY
DAVID M. FURBUSH
LUANN L. SIMMONS
O'MELVENY & MYERS LLP


By: /s/ Luann L. Simmons
    ―――――――――――――――――――
    Luann L. Simmons

Attorneys for Individual Defendants STEVEN P. JOBS, IAN DIERY, JAMES J. BUCKLEY, DANIEL L. EILERS, G. FREDERICK

| | |
|---|---|
| 1 | FORSYTH, FRED D. ANDERSON, GUERRINO DE LUCA, JONATHAN RUBINSTEIN, ROBERT CALDERONI, MITCHELL MANDICH, TIMOTHY D. COOK, RONALD B. JOHNSON, AVADIS TEVANIAN, JR., JEROME B. YORK, WILLIAM V. CAMPBELL, ARTHUR D. LEVINSON, and MILLARD DREXLER, and Nominal Defendant APPLE COMPUTER, INC. |

Dated: October 4, 2006

ALAN R. PLUTZIK
KATHRYN A. SCHOFIELD
BRAMSON, PLUTZIK, MAHLER &
  BIRKHAEUSER, LLP


By: /s/ Kathryn A. Schofield
          Kathryn A. Schofield

Attorneys for Plaintiffs
NICHOLAS KARANT and ALECTA
PENSIONSFÖRSÄKRING, ÖMSESIDIGT

### CERTIFICATION OF CONCURRENCE

I attest under penalty of perjury that concurrence in the filing of this document has been obtained from Kathryn A. Schofield.

Dated: October 4, 2006

GEORGE A. RILEY
DAVID M. FURBUSH
LUANN L. SIMMONS
O'MELVENY & MYERS LLP


By: /s/ Luann L. Simmons
          Luann L. Simmons

Attorneys for Individual Defendants STEVEN P. JOBS, IAN DIERY, JAMES J. BUCKLEY, DANIEL L. EILERS, G. FREDERICK FORSYTH, FRED D. ANDERSON, GUERRINO DE LUCA, JONATHAN RUBINSTEIN, ROBERT CALDERONI, MITCHELL MANDICH, TIMOTHY D. COOK, RONALD B. JOHNSON, AVADIS TEVANIAN, JR., JEROME B. YORK, WILLIAM V. CAMPBELL, ARTHUR D. LEVINSON, and MILLARD DREXLER, and Nominal Defendant APPLE COMPUTER, INC.

**[~~PROPOSED~~] ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Dated: __10/6/06_____

_____
The Honorable Jeremy Fogel
United States District Judge

MP1:987011.1

- 4 -
STIP. & PROPOSED ORDER EXTENDING TIME TO RESPOND TO COMPL. - C 06-04128 JF