\*\*E-filed 11/16/06\*\*

GEORGE A. RILEY (State Bar No. 118304)
LUANN L. SIMMONS (State Bar No. 203526)
O'MELVENY & MYERS LLP
Embarcadero Center West
275 Battery Street
San Francisco, California  94111-3305
Telephone:   (415) 984-8700
Facsimile:   (415) 984-8701
E-Mail:   griley@omm.com
          lsimmons@omm.com

DAVID M. FURBUSH (State Bar No. 83447)
O'MELVENY & MYERS LLP
2765 Sand Hill Road
Menlo Park, California  94025
Telephone:   (650) 473-2600
Facsimile:   (650) 473-2601
E-Mail:   dfurbush@omm.com

Attorneys for Nominal Defendant APPLE COMPUTER, INC.,
and Defendants JAMES J. BUCKLEY, ROBERT M. CALDERONI,
WILLIAM V. CAMPBELL, TIMOTHY D. COOK, GUERRINO
DE LUCA, IAN DIERY, MILLARD S. DREXLER, DANIEL L.
EILERS, LAWRENCE J. ELLISON, G. FREDERICK FORSYTH,
ALBERT A. GORE, JR., STEVEN P. JOBS, RONALD B.
JOHNSON, ARTHUR D. LEVINSON, MITCHELL MANDICH,
PETER OPPENHEIMER, JONATHAN RUBINSTEIN, AVADIS
TEVANIAN, JR., and JEROME B. YORK

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| In re APPLE COMPUTER, INC. DERIVATIVE LITIGATION<br><br>This Documents Relates to:<br><br>ALL ACTIONS. | Master File No. C-06-04128-JF<br><br>**STIPULATION AND [P̶R̶O̶P̶O̶S̶ED] ORDER FOR REMOVAL FROM AUTOMATIC REFERRAL TO THE ADR MULTI-OPTION PROGRAM PURSUANT TO ADR LOCAL RULE 3-3(c)** |

1  The undersigned parties, by and through their counsel of record, hereby stipulate and
2  agree as follows:
3  WHEREAS, this case was automatically referred to the ADR Multi-Option program;
4  WHEREAS, the undersigned parties agree that the case should be removed from the ADR
5  Multi-Option program pursuant to ADR L.R. 3-3(c) because the undersigned parties do not
6  believe, at this time, that the Multi-Option program will facilitate resolution of the matter;
7  WHEREAS, the parties will discuss ADR options as appropriate on an ongoing basis over
8  the course of this litigation, and in the event that the parties elect to pursue ADR options, will
9  contact the Court to provide updates and/or seek guidance as such efforts proceed;
10  NOW, THEREFORE, the undersigned parties hereby stipulate and agree, and respectfully
11  request that the Court enter an order, as follows:
12  1.  This case shall be removed from the ADR Multi-Option program.
13  2.  The undersigned parties will continue to discuss ADR options on an ongoing
14  basis, and will update the Court should they later wish to participate in an ADR process.
15  IT IS SO STIPULATED.

Dated: November 15, 2006

GEORGE A. RILEY
DAVID M. FURBUSH
LUANN L. SIMMONS
O'MELVENY & MYERS LLP

By:   /s/ Luann L. Simmons
          Luann L. Simmons

Attorneys for Nominal Defendant APPLE
COMPUTER, INC., and Defendants JAMES J.
BUCKLEY, ROBERT M. CALDERONI,
WILLIAM V. CAMPBELL, TIMOTHY D.
COOK, GUERRINO DE LUCA, IAN DIERY,
MILLARD S. DREXLER, DANIEL L. EILERS,
LAWRENCE J. ELLISON, G. FREDERICK
FORSYTH, ALBERT A. GORE, JR.,
STEVEN P. JOBS, RONALD B. JOHNSON,
ARTHUR D. LEVINSON, MITCHELL
MANDICH, PETER OPPENHEIMER,
JONATHAN RUBINSTEIN, AVADIS
TEVANIAN, JR., and JEROME B. YORK

STIPULATION AND [PROPOSED] ORDER RE REMOVAL FROM ADR REFERRAL - C-06-04128-JF

| | | |
|---|---|---|
| 1 | Dated: November 15, 2006 | JEROME C. ROTH |
| 2 | | YOHANCE C. EDWARDS |
| | | GENEVIEVE A. COX |
| 3 | | MUNGER, TOLLES & OLSON LLP |

By: _____/s/ Yohance C. Edwards_____
                Yohance C. Edwards

Attorney for Defendant FRED D. ANDERSON

Dated: November 15, 2006

JOSEPH W. COTCHETT
BRUCE L. SIMON
MARK C. MOLUMPHY
KELLY L. SOMMERFIELD
COTCHETT, PITRE, SIMON & MCCARTHY

By: _____/s/ Mark C. Molumphy_____
                Mark C. Molumphy

Chair of Management Committee and
Liaison Counsel for Plaintiffs

**CERTIFICATION OF CONCURRENCE**

I attest under penalty of perjury that concurrence in the filing of this document has been obtained from Mark C. Molumphy and Yohance C. Edwards.

Dated: November 15, 2006

GEORGE A. RILEY
DAVID M. FURBUSH
LUANN L. SIMMONS
O'MELVENY & MYERS LLP

By: _____/s/ Luann L. Simmons_____
                Luann L. Simmons

Attorneys for Nominal Defendant APPLE COMPUTER, INC., and Defendants JAMES J. BUCKLEY, ROBERT M. CALDERONI, WILLIAM V. CAMPBELL, TIMOTHY D. COOK, GUERRINO DE LUCA, IAN DIERY, MILLARD S. DREXLER, DANIEL L. EILERS, LAWRENCE J. ELLISON, G. FREDERICK FORSYTH, ALBERT A. GORE, JR., STEVEN P. JOBS, RONALD B. JOHNSON, ARTHUR D. LEVINSON, MITCHELL MANDICH, PETER OPPENHEIMER, JONATHAN RUBINSTEIN, AVADIS TEVANIAN, JR., and JEROME B. YORK

- 2 -

STIPULATION AND [PROPOSED] ORDER RE REMOVAL FROM ADR REFERRAL - C-06-04128-JF

1 **ORDER**

2 Pursuant to stipulation, IT IS SO ORDERED.

3 Dated:     11/16/06

_____
The Honorable Jeremy Fogel
United States District Judge

MP1:990652.2