**E-filed 5/18/07**

1  JOSEPH W. COTCHETT (#36324)
   jcotchett@cpmlegal.com
2  PHILIP L. GREGORY (#95217)
   pgregory@cpmlegal.com
3  MARK C. MOLUMPHY (#168009)
   mmolumphy@cpmlegal.com
4  SEAN E. PONIST (#204712)
   sponist@cpmlegal.com
5  COTCHETT, PITRE & McCARTHY
   840 Malcolm Road, Suite 200
6  Burlingame, CA 94010
   Telephone: (650) 697-6000
7  Fax: (650) 697-0577

8  *Plaintiffs' Liaison Counsel*

9  [See Additional Counsel on Signature Page]

10

11                UNITED STATES DISTRICT COURT

12                NORTHERN DISTRICT OF CALIFORNIA

13

14  In re APPLE COMPUTER, INC.        )  Master File No. C-06-4128-JF
    DERIVATIVE LITIGATION             )
15                                    )  **STIPULATION AND [PROPOSED]
    _____    )  ORDER AUTHORIZING PLAINTIFFS
16                                    )  TO FILE OMNIBUS MEMORANDUM
    This Document Relates to:         )  IN OPPOSITION TO MOTIONS TO
17                                    )  DISMISS DERIVATIVE COMPLAINT**
    ALL ACTIONS.                      )
18  _____    )  Hon. Jeremy Fogel

19

20                        **STIPULATION**

21      WHEREAS, on April 20, 2007, nominal defendant Apple Inc. ("Apple") and the

22  Individual Defendants filed separate motions to dismiss and supporting memoranda; and

23      WHEREAS, plaintiffs' opposition briefs to the motions to dismiss are due on May 21,

24  2007; and

25      WHEREAS, given the overlap of issues and alleged relevant facts, and in the interests of

26  economy and efficiency, plaintiffs seek to file a single, omnibus opposition memoranda

27  responding to both motions to dismiss;

28


LAW OFFICES
COTCHETT,
PITRE &
MCCARTHY

Stipulation and [Proposed] Order Authorizing Plaintiffs To File Omnibus Memorandum In Opposition
To Motions To Dismiss Derivative Complaint

THEREFORE, IT IS STIPULATED AND AGREED by plaintiffs and defendants, through their respective counsel of record that, subject to Court approval, plaintiffs may file a single omnibus opposition memoranda, no longer than 50 pages, responding to both motions to dismiss filed by Apple and the Individual Defendants.

IT IS SO STIPULATED.

Dated: May 14, 2007                    COTCHETT, PITRE & McCARTHY

                                       /s/
MARK C. MOLUMPHY (#168009)
840 Malcolm Road, Suite 200
Burlingame, California  94010
Telephone:  (650) 697-6000
Facsimile:  (650) 697-0577

SHAWN A WILLIAMS
LERACH, COUGHLIN, STOIA, GELLER,
RUDMAN & ROBBINS, LLP
100 Pine Street
Suite 2600
San Francisco, CA 94111
Telephone:  (415)288-4545
Facsimile: (415)288-4534

LYNN L. SARKO
ELIZABETH A. LELAND
KELLER ROHRBACK LLP
1201 Third Ave., Suite 3200
Seattle, WA 98101
Telephone: (206) 623-1900
Facsimile: (206)623-3384

ROBIN WINCHESTER
SCHIFFRIN & BARROWAY LLP
280 King of Prussia Road
Radnor, PA 19087
Telephone: (610)667-7706
Facsimile:(610)667-7056

*Attorneys for Plaintiffs*

IT IS SO ORDERED. 5/18/07

Judge Jeremy Fogel, US District Court



Stipulation and [Proposed] Order Authorizing Plaintiffs To File Omnibus Memorandum In Opposition To Motions To Dismiss Derivative Complaint

| | |
|---|---|
| Dated: May 14, 2007 | O'MELVENY & MYERS LLP |
| | /s/<br>DALE EDMONDSON (#189793)<br>2765 Sand Hill Road<br>Menlo Park, CA 94025<br>Telephone: (650) 473-2600<br>Facsimile: (650)473-2601 |
| | *Attorneys for Individual Defendants (other than Fred D. Anderson and Nancy Heinen) and Nominal Defendant, Apple Inc.* |

I, Mark C. Molumphy, am the ECF user whose ID and password is being used to file this Stipulation. In compliance with General Order 45, X, B., I hereby attest that Dale Edmondson has concurred with this filing.

| | |
|---|---|
| Dated: May 14, 2007 | MUNGER, TOLLES & OLSON LLP |
| | /s/<br>YOHANCE C. EDWARDS (#237244)<br>560 Mission Street, Twenty-Seventh Floor<br>San Francisco, CA 94105<br>Telephone: (415) 512-4000<br>Facsimile: (415) 512-4077 |
| | *Attorneys for Defendant Fred D. Anderson* |

I, Mark C. Molumphy, am the ECF user whose ID and password is being used to file this Stipulation. In compliance with General Order 45, X, B., I hereby attest that Yohance C. Edwards has concurred with this filing.

| | |
|---|---|
| Dated: May 14, 2007 | HOWARD RICE NEMEROVSKI CANADY FALK & RABKIN P.C. |
| | /s/<br>JASON M. HABERMEYER (#226607)<br>Three Embarcadero Center, Seventh Floor<br>San Francisco, CA 94111<br>Telephone: (415) 434-16000<br>Facsimile: (415) 217-5910 |
| | *Attorneys for Defendant Nancy Heinen* |

I, Mark C. Molumphy, am the ECF user whose ID and password is being used to file this Stipulation. In compliance with General Order 45, X, B., I hereby attest that Jason M. Habermeyer has concurred with this filing.

LAW OFFICES
COTCHETT,
PITRE &
MCCARTHY

Stipulation and [Proposed] Order Authorizing Plaintiffs To File Omnibus Memorandum In Opposition To Motions To Dismiss Derivative Complaint