**E-Filed 6/27/07**

1  GEORGE A. RILEY (State Bar No. 118304)
   LUANN L. SIMMONS (State Bar No. 203526)
2  O'MELVENY & MYERS LLP
   Embarcadero Center West
3  275 Battery Street
   San Francisco, California  94111-3305
4  Telephone:   (415) 984-8700
   Facsimile:    (415) 984-8701
5  E-Mail:        griley@omm.com
                  lsimmons@omm.com
6
   DAVID M. FURBUSH (State Bar No. 83447)
7  O'MELVENY & MYERS LLP
   2765 Sand Hill Road
8  Menlo Park, California  94025
   Telephone:   (650) 473-2600
9  Facsimile:    (650) 473-2601
   E-Mail:        dfurbush@omm.com
10
   Attorneys for Nominal Defendant APPLE INC. and Individual
11 Defendants WILLIAM V. CAMPBELL, TIMOTHY D. COOK,
   MILLARD S. DREXLER, STEVEN P. JOBS, RONALD B.
12 JOHNSON, ARTHUR D. LEVINSON, MITCHELL MANDICH,
   PETER OPPENHEIMER, JONATHAN RUBINSTEIN, AVADIS
13 TEVANIAN, JR., and JEROME B. YORK

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| In re APPLE INC. DERIVATIVE LITIGATION | Master File No. C-06-04128-JF |
| | **STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING ON MOTIONS TO DISMISS FIRST AMENDED SHAREHOLDER DERIVATIVE COMPLAINT** |
| This Documents Relates to:  ALL ACTIONS. | Date:         June 29, 2007<br>Time:         9:00 a.m.<br>Department:   Ctrm 3, 5th Floor<br>Judge:         Honorable Jeremy Fogel |

- 1 -

STIP. TO CONTINUE HEARING ON MOTIONS TO DISMISS - CASE NO. C06-04128 JF

1  WHEREAS, on April 20, 2007, nominal defendant Apple Inc. ("Apple") and the
2  Individual Defendants filed motions to dismiss the First Amended Shareholder Derivative
3  Complaint; and
4  WHEREAS, the hearing on the motions to dismiss is currently scheduled for June 29,
5  2007, at 9:00 a.m.; and
6  WHEREAS, the parties wish to continue the hearing date to September 7, 2007, at 9:00
7  a.m.;
8  THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the
9  parties, through their counsel of record, to continue the hearing on the motions to dismiss to
10 September 7, 2007, at 9:00 a.m.
11 IT IS SO STIPULATED.

Dated: June 26, 2007         O'MELVENY & MYERS LLP

                             By: /s/ George A. Riley
                                    George A. Riley

                             Attorneys for Nominal Defendant APPLE INC. and
                             Individual Defendants TIMOTHY D. COOK, STEVEN
                             P. JOBS, RONALD B. JOHNSON, MITCHELL
                             MANDICH, PETER OPPENHEIMER, JONATHAN
                             RUBINSTEIN, AVADIS TEVANIAN, JR., WILLIAM
                             V. CAMPBELL, MILLARD S. DREXLER, ARTHUR
                             D. LEVINSON and JEROME B. YORK

Dated: June 26, 2007         MUNGER TOLLES & OLSON LLP

                             By: /s/ Genevieve Cox
                                    Genevieve Cox

                             Attorneys for Defendant FRED D. ANDERSON

Dated: June 26, 2007         HOWARD RICE NEMEROVSKI CANADY FALK &
                             RABKIN PC

                             By: /s/ Sarah A. Good
                                    Sarah A. Good

                             Attorneys for Defendant NANCY HEINEN

| | | |
|---|---|---|
| 1 | Dated: June 26, 2007 | COTCHETT, PITRE & McCARTHY |
| 2 | | |
| 3 | | By: /s/ Mark C. Molumphy<br>Mark C. Molumphy |
| 4 | | SHAWN A. WILLIAMS |
| 5 | | LERACH, COUGHLIN, STOIA, GELLER, RUDMAN & ROBBINS, LLP |
| 6 | | LYNN L. SARKO |
| 7 | | ELIZABETH A. LELAND<br>KELLER ROHRBACK LLP |
| 8 | | ROBIN WINCHESTER<br>SHIFFRIN & BARROWAY LLP |
| 9 | | |
| 10 | | Attorneys for Plaintiffs |

I, George A. Riley, am the ECF User whose ID and password are being used to file this Stipulation And [Proposed] Order To Continue Hearing On Motions To Dismiss First Amended Shareholder Derivative Complaint. In compliance with General Order 45, X.B., I hereby attest that Genevieve Cox, Sarah A. Good, and Mark C. Molumphy have concurred in this filing.

By: /s/ George A. Riley
George A. Riley

Dated: June 26, 2007          O'MELVENY & MYERS LLP

By: /s/ George A. Riley
George A. Riley

Attorneys for Nominal Defendant APPLE INC. and Individual Defendants TIMOTHY D. COOK, STEVEN P. JOBS, RONALD B. JOHNSON, MITCHELL MANDICH, PETER OPPENHEIMER, JONATHAN RUBINSTEIN, AVADIS TEVANIAN, JR., WILLIAM V. CAMPBELL, MILLARD S. DREXLER, ARTHUR D. LEVINSON and JEROME B. YORK

Case 5:06-cv-04128-JF   Document 153   Filed 06/27/07   Page 4 of 4

# **ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _____June 27_____, 2007      _____/s/ Jeremy Fogel_____
                                                                   HON. JEREMY FOGEL
                                                                    UNITED STATES DISTRICT JUDGE

SF1:678482.1

STIP. TO CONTINUE HEARING ON MOTIONS TO DISMISS - CASE NO. C06-04128 JF