**E-filed 1/15/08**

GEORGE A. RILEY (State Bar No. 118304)
LUANN L. SIMMONS (State Bar No. 203526)
O'MELVENY & MYERS LLP
Embarcadero Center West
275 Battery Street
San Francisco, California 94111-3305
Telephone: (415) 984-8700
Facsimile: (415) 984-8701
E-Mail: griley@omm.com
lsimmons@omm.com

Attorneys for Nominal Defendant APPLE INC. and Individual Defendants WILLIAM V. CAMPBELL, TIMOTHY D. COOK, MILLARD S. DREXLER, STEVEN P. JOBS, RONALD B. JOHNSON, ARTHUR D. LEVINSON, MITCHELL MANDICH, PETER OPPENHEIMER, JONATHAN RUBINSTEIN, AVADIS TEVANIAN, JR., and JEROME B. YORK

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| In re APPLE INC. DERIVATIVE LITIGATION | Master File No. C-06-04128-JF |
|---|---|
| This Documents Relates to:<br><br>ALL ACTIONS. | **STIPULATION AND [PROPOSED] ORDER SETTING BRIEFING SCHEDULE AND HEARING DATE ON DEFENDANTS' MOTIONS TO DISMISS SECOND AMENDED SHAREHOLDER CONSOLIDATED DERIVATIVE COMPLAINT**<br><br>Date: March 14, 2008<br>Time: 9:00 a.m.<br>Department: Ctrm 3, 5th Floor<br>Judge: Honorable Jeremy Fogel |

- 1 -

STIP. AND [PROPOSED] ORDER SETTING BRIEFING SCHEDULE - CASE NO. C06-04128 JF

1 | WHEREAS, on December 19, 2007, Plaintiffs filed their Second Amended Shareholder Derivative Complaint ("SAC"); and

WHEREAS, currently, Defendants' responses to the SAC must be filed on or before January 7, 2008; and

WHEREAS, due to the complexity of the case and the difficulties in scheduling presented by the holiday season, the parties agree that additional time is necessary to adequately brief the issues to be addressed in Defendants' motions to dismiss; and

WHEREAS, it would be more efficient to combine the hearing on these motions with the hearing on Lead Plaintiff's Motion to File the First Consolidated Class Action Complaint in the *Vogel et al., v. Jobs et al., Case No. C-06-05208* action;

THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the parties, through their counsel of record:

1. The Individual Defendants and Apple Inc. shall file their respective Motions to Dismiss the SAC and Memorandum of Points and Authorities in Support thereof on or before January 25, 2008.

2. Plaintiffs shall file their Oppositions to Defendants' Motions to Dismiss the SAC on or before February 15, 2008.

3. The Individual Defendants and Apple Inc. shall file their Replies on or before February 29, 2008.

4. The hearing on Defendants' Motions to Dismiss shall be held on March 14, 2008, or as soon thereafter as counsel may be heard.

IT IS SO STIPULATED.

| | | |
|---|---|---|
| 1 | Dated: January 7, 2008 | O'MELVENY & MYERS LLP |
| 2 | | |
| 3 | | By: /s/ George A. Riley<br>George A. Riley |
| 4 | | Attorneys for Nominal Defendant APPLE INC. and Individual Defendants TIMOTHY D. COOK, STEVEN P. JOBS, RONALD B. JOHNSON, MITCHELL MANDICH, PETER OPPENHEIMER, JONATHAN RUBINSTEIN, AVADIS TEVANIAN, JR., WILLIAM V. CAMPBELL, MILLARD S. DREXLER, ARTHUR D. LEVINSON and JEROME B. YORK |
| 8 | Dated: January 7, 2008 | QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP |
| 10 | | By: /s/ Elizabeth B. Wydra<br>Elizabeth B. Wydra |
| 12 | | Attorneys for the Special Litigation Committee of Nominal Defendant Apple Inc. |
| 13 | Dated: January 7, 2008 | MUNGER TOLLES & OLSON LLP |
| 15 | | By: /s/ Yohance C. Edwards<br>Yohance C. Edwards |
| 16 | | Attorneys for Defendant FRED D. ANDERSON |
| 17 | Dated: January 7, 2008 | HOWARD RICE NEMEROVSKI CANADY FALK & RABKIN PC |
| 19 | | By: /s/ Sarah A. Good<br>Sarah A. Good |
| 21 | | Attorneys for Defendant NANCY HEINEN |

| | | |
|---|---|---|
| Dated: January 7, 2008 | | COTCHETT, PITRE & McCARTHY |

By: /s/ Mark C. Molumphy
    Mark C. Molumphy

TRAVIS DOWNS
COUGHLIN, STOIA, GELLER, RUDMAN & ROBBINS, LLP

LYNN L. SARKO
ELIZABETH A. LELAND
KELLER ROHRBACK LLP

ROBIN WINCHESTER
SHIFFRIN & BARROWAY LLP

Attorneys for Plaintiffs

I, George A. Riley, am the ECF User whose ID and password are being used to file this Stipulation And [Proposed] Order To Continue Hearing On Motions To Dismiss Second Amended Shareholder Consolidated Derivative Complaint. In compliance with General Order 45, X.B., I hereby attest that Elizabeth Wydra, Yohance Edwards, Sarah A. Good, and Mark C. Molumphy have concurred in this filing.

Dated: January 7, 2008                  O'MELVENY & MYERS LLP

By: /s/ George A. Riley
    George A. Riley

Attorneys for Nominal Defendant APPLE INC. and Individual Defendants TIMOTHY D. COOK, STEVEN P. JOBS, RONALD B. JOHNSON, MITCHELL MANDICH, PETER OPPENHEIMER, JONATHAN RUBINSTEIN, AVADIS TEVANIAN, JR., WILLIAM V. CAMPBELL, MILLARD S. DREXLER, ARTHUR D. LEVINSON and JEROME B. YORK

# **ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: __January 15__, 2008

HON. JEREMY FOGEL
UNITED STATES DISTRICT JUDGE