Douglas R. Young (State Bar No. 073248)
dyoung@fbm.com
C. Brandon Wisoff (State Bar No. 121930)
bwisoff@fbm.com
Grace K. Won (State Bar No. 178258)
gwon@fbm.com
Stephanie P. Skaff (State Bar No. 183119)
sskaff@fbm.com
Sebastian A. Jerez (State Bar No. 244109)
sjerez@fbm.com
Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
Telephone: (415) 954-4400
Facsimile: (415) 954-4480

Attorneys for Defendants
WILLIAM V. CAMPBELL, TIMOTHY D. COOK,
MILLARD S. DREXLER, STEVEN P. JOBS,
RONALD B. JOHNSON, ARTHUR D.
LEVINSON, MITCHELL MANDICH, PETER
OPPENHEIMER, JONATHAN J. RUBINSTEIN,
AVADIS TEVANIAN, and JEROME B. YORK

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re APPLE INC.<br>DERIVATIVE LITIGATION | Case No. C-06-04128-JF<br><br>**STIPULATION RE SUBSTITUTION OF COUNSEL AND [PROPOSED] ORDER** |
| This Document Relates To:<br><br>ALL ACTIONS. | |

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

STIPULATION RE SUBSTITUTION OF
ATTORNEY AND [PROPOSED] ORDER
Case No. C-06-04128-JF

22264\1432471.1

Farella Braun & Martel LLP
Russ Building, 30th Floor
235 Montgomery Street
San Francisco, CA 94104
Telephone: (415) 954-4400

## STIPULATION

The undersigned parties and counsel hereby stipulate that Defendants William V. Campbell, Timothy D. Cook, Millard S. Drexler, Steven P. Jobs, Ronald B. Johnson, Arthur D. Levinson, Mitchell Mandich, Peter Oppenheimer, Jonathan J. Rubinstein, Avadis Tevanian, and Jerome B. York have retained Douglas R. Young and the law firm of Farella Braun & Martel LLP whose address is 235 Montgomery Street, 18th Floor, San Francisco, California 94104, whose telephone number is (415) 954-4410, and whose email address is dyoung@fbm.com to represent them in place of George Riley, Luann Simmons, David Furbush and the law firm of O'Melveny & Myers LLP. Defendants hereby request the Court to permit Farella Braun & Martel LLP to substitute as counsel of record for O'Melveny & Myers LLP on Defendants' behalf.

**IT IS SO STIPULATED.**

I consent to this substitution of counsel:

Dated: January 25, 2008          By: _____/s/ William V. Campbell_____
                                        William V. Campbell

I consent to this substitution of counsel:

Dated: January 25, 2008          By: _____/s/ Timothy D. Cook_____
                                        Timothy D. Cook

I consent to this substitution of counsel:

Dated: January 25, 2008          By: _____/s/ Millard S. Drexler_____
                                        Millard S. Drexler

I consent to this substitution of counsel:

Dated: January 25, 2008          By: _____/s/ Steven P. Jobs_____
                                        Steven P. Jobs

I consent to this substitution of counsel:

Dated: January 25, 2008          By: _____/s/ Ronald B. Johnson_____
                                        Ronald B. Johnson

STIPULATION RE SUBSTITUTION OF
ATTORNEY AND [PROPOSED] ORDER
Case No. C-06-04128-JF

22264\1430753.1

I consent to this substitution of counsel:

Dated: January 25, 2008                By: _____/s/ Arthur D. Levinson_____
                                              Arthur D. Levinson

I consent to this substitution of counsel:

Dated: January 25, 2008                By: _____/s/ Mitchell Mandich_____
                                              Mitchell Mandich

I consent to this substitution of counsel:

Dated: January 25, 2008                By: _____/s/ Peter Oppenheimer_____
                                              Peter Oppenheimer

I consent to this substitution of counsel:

Dated: January 25, 2008                By: _____/s/ Jonathan J. Rubinstein_____
                                              Jonathan J. Rubinstein

I consent to this substitution of counsel:

Dated: January 25, 2008                By: _____/s/ Avadis Tevanian_____
                                              Avadis Tevanian

I consent to this substitution of counsel:

Dated: January 25, 2008                By: _____/s/ Jerome B. York_____
                                              Jerome B. York

I consent to this substitution of counsel and am admitted to the bar of this Court:

Dated: January 25, 2008                FARELLA BRAUN & MARTEL LLP

                                       By: _____/s/ Douglas R. Young_____
                                              Douglas R. Young

                                       Attorneys for Defendants
                                       William V. Campbell, Timothy D. Cook,
                                       Millard S. Drexler, Steven P. Jobs, Ronald B.
                                       Johnson, Arthur D. Levinson, Mitchell
                                       Mandich, Peter Oppenheimer, Jonathan J.
                                       Rubinstein, Avadis Tevanian, and Jerome B.
                                       York

Farella Braun & Martel LLP
Russ Building, 30th Floor
235 Montgomery Street
San Francisco, CA 94104
Telephone: (415) 954-4400

1 | I consent to this substitution of counsel:

2 | Dated: January 25, 2008            O'MELVENY & MYERS LLP

4 | By: /s/ George Riley
George Riley

Former Attorneys for Defendants
William V. Campbell, Timothy D. Cook,
Millard S. Drexler, Steven P. Jobs, Ronald B.
Johnson, Arthur D. Levinson, Mitchell
Mandich, Peter Oppenheimer, Jonathan J.
Rubinstein, Avadis Tevanian, and Jerome B.
York

# [PROPOSED] ORDER

**IT IS SO ORDERED.**

DATED: January 28, 2008

_____
HON. JEREMY D. FOGEL
UNITED STATES DISTRICT JUDGE

Farella Braun & Martel LLP
Russ Building, 30th Floor
235 Montgomery Street
San Francisco, CA 94104
Telephone: (415) 954-4400

STIPULATION RE SUBSTITUTION OF
ATTORNEY AND [PROPOSED] ORDER
Case No. C-06-04128-JF

22264\1430753.1