JOSEPH W. COTCHETT (#36324)
jcotchett@cpmlegal.com
PHILIP L. GREGORY (#95217)
pgregory@cpmlegal.com
MARK C. MOLUMPHY (#168009)
mmolumphy@cpmlegal.com
SEAN E. PONIST (#204712)
sponist@cpmlegal.com
COTCHETT, PITRE & McCARTHY
840 Malcolm Road, Suite 200
Burlingame, CA 94010
Telephone: (650) 697-6000
Fax: (650) 697-0577

*Plaintiffs' Liaison Counsel*

[See Additional Counsel on Signature Page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re APPLE COMPUTER, INC. DERIVATIVE LITIGATION<br><br>This Document Relates to:<br><br>ALL ACTIONS. | Master File No. C-06-4128-JF<br><br>**STIPULATION AND [PROPOSED] ORDER AUTHORIZING PLAINTIFFS TO FILE OMNIBUS MEMORANDUM IN OPPOSITION TO MOTIONS TO DISMISS SECOND AMENDED COMPLAINT**<br><br>Hon. Jeremy Fogel |

**STIPULATION**

WHEREAS, on January 25, 2008, nominal defendant Apple Inc. ("Apple") and the individually named defendants filed separate motions to dismiss and supporting memoranda; and

WHEREAS, plaintiffs' opposition briefs to the motions to dismiss are due on February 15, 2008; and

WHEREAS, given the overlap of issues and alleged relevant facts, and in the interests of economy and efficiency, plaintiffs seek to file a single, omnibus opposition memoranda responding to all three motions to dismiss;

THEREFORE, IT IS STIPULATED AND AGREED by plaintiffs and defendants, through their respective counsel of record that, subject to Court approval, plaintiffs may file a single omnibus opposition memoranda, no longer than 75 pages, responding to all three motions to dismiss filed by Apple and the individually named defendants.

IT IS SO STIPULATED.

Dated: February 8, 2008  COTCHETT, PITRE & McCARTHY

/s/
MARK C. MOLUMPHY (#168009)
840 Malcolm Road, Suite 200
Burlingame, California 94010
Telephone: (650) 697-6000
Facsimile: (650) 697-0577

SHAWN A WILLIAMS
COUGHLIN, STOIA, GELLER, RUDMAN & ROBBINS, LLP
100 Pine Street, Suite 2600
San Francisco, CA 94111
Telephone: (415)288-4545
Facsimile: (415)288-4534

ELIZABETH A. LELAND
KELLER ROHRBACK LLP
1201 Third Ave., Suite 3200
Seattle, WA 98101
Telephone: (206) 623-1900
Facsimile: (206)623-3384

ROBIN WINCHESTER
SCHIFFRIN & BARROWAY LLP
280 King of Prussia Road
Radnor, PA 19087
Telephone: (610)667-7706
Facsimile:(610)667-7056

*Attorneys for Plaintiffs*

Stipulation and [Proposed] Order Authorizing Plaintiffs To File Omnibus Memorandum In Opposition To Motions To Dismiss Second Amended Complaint

2

| | | |
|---|---|---|
| Dated: February 8, 2008 | | O'MELVENY & MYERS LLP |

/s/
GEORGE A. RILEY (#118304)
Embarcadero Center West
275 Battery Street
San Francisco, CA 94111
Telephone: (415) 984-8700
Facsimile: (415) 984-8701

*Attorneys for Nominal Defendant, Apple Inc.*

I, Mark C. Molumphy, am the ECF user whose ID and password is being used to file this Stipulation. In compliance with General Order 45, X, B., I hereby attest that George A. Riley has concurred with this filing.

Dated: February 8, 2008                 MUNGER, TOLLES & OLSON LLP

/s/
YOHANCE C. EDWARDS (#237244)
560 Mission Street, Twenty-Seventh Floor
San Francisco, CA 94105
Telephone: (415) 512-4000
Facsimile: (415) 512-4077

*Attorneys for Defendant Fred D. Anderson*

I, Mark C. Molumphy, am the ECF user whose ID and password is being used to file this Stipulation. In compliance with General Order 45, X, B., I hereby attest that Yohance C. Edwards has concurred with this filing.

Dated: February 8, 2008                 FARELLA BRAUN & MARTEL LLP

/s/
DOUGLAS R. YOUNG (#73248)
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
Telephone: (415) 954-4400
Facsimile: (415) 954-4480

*Attorneys for Defendants William V. Campbell, Timothy D. Cook, Millard S. Drexler, Steven P. Jobs, Ronald B. Johnson, Arthur D. Levinson, Mitchell Mandich, Peter Oppenheimer, Jonathan Rubinstein, Avadis Tevanian, Jr., and Jerome B. York*



LAW OFFICES
COTCHETT,
PITRE &
MCCARTHY

Stipulation and [Proposed] Order Authorizing Plaintiffs To File Omnibus Memorandum In Opposition
To Motions To Dismiss Second Amended Complaint

3

I, Mark C. Molumphy, am the ECF user whose ID and password is being used to file this Stipulation. In compliance with General Order 45, X, B., I hereby attest that Douglas R. Young has concurred with this filing.

Dated: February 8, 2008

HOWARD RICE NEMEROVSKI CANADY
FALK & RABKIN P.C.

_____/s/_____
JASON M. HABERMEYER (#226607)
Three Embarcadero Center, Seventh Floor
San Francisco, CA 94111
Telephone: (415) 434-16000
Facsimile: (415) 217-5910

*Attorneys for Defendant Nancy Heinen*

I, Mark C. Molumphy, am the ECF user whose ID and password is being used to file this Stipulation. In compliance with General Order 45, X, B., I hereby attest that Jason M. Habermeyer has concurred with this filing.

2/11/08     IT IS SO ORDERED.

_____
Judge Jeremy Fogel, US District Court

Stipulation and [Proposed] Order Authorizing Plaintiffs To File Omnibus Memorandum In Opposition To Motions To Dismiss Second Amended Complaint

4