**E-filed 2/29/08**

GEORGE A. RILEY (State Bar No. 118304) griley@omm.com
DANIEL H. BOOKIN (State Bar No. 78996) dbookin@omm.com
LUANN L. SIMMONS (State Bar No. 203526) lsimmons@omm.com
ROBERT D. TRONNES (State Bar No. 209835) rtronnes@omm.com
VIVI N. TRAN (State Bar No. 247513) vtran@omm.com
O'MELVENY & MYERS LLP
Embarcadero Center West
275 Battery Street
San Francisco, California 94111-3305
Telephone: (415) 984-8700
Facsimile: (415) 984-8701

Attorneys for Nominal Defendant APPLE INC.

[See Additional Counsel on Signature Page]

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| In re APPLE INC. DERIVATIVE LITIGATION | Master File No. C-06-04128-JF |
| | **STIPULATION AND [PROPOSED] ORDER AUTHORIZING INDIVIDUAL DEFENDANTS AND NOMINAL DEFENDANT APPLE INC. TO FILE OMNIBUS REPLY MEMORANDUM IN SUPPORT OF MOTIONS TO DISMISS SECOND AMENDED SHAREHOLDER CONSOLIDATED DERIVATIVE COMPLAINT** |
| This Document Relates to:  ALL ACTIONS. | |
| | Date: March 21, 2008
Time: 9:00 a.m.
Department: Ctrm 3, 5th Floor
Judge: Honorable Jeremy Fogel |

| | |
|---|---|
| 1 | WHEREAS, on December 19, 2007, Plaintiffs filed their Second Amended Shareholder |
| 2 | Derivative Complaint ("SAC"); and |
| 3 | WHEREAS, on January 25, 2008, Nominal Defendant Apple Inc. ("Apple") filed a |
| 4 | motion to dismiss the SAC; and |
| 5 | WHEREAS, on January 25, 2008, Defendants Fred D. Anderson, William V. Campbell, |
| 6 | Timothy D. Cook, Millard S. Drexler, Steven P. Jobs, Ronald B. Johnson, Arthur D. Levinson, |
| 7 | Mitchell Mandich, Peter Oppenheimer, Jonathan Rubinstein, Avadis Tevanian, Jr. and Jerome B. |
| 8 | York (the "Individual Defendants") filed a separate motion to dismiss the SAC; and |
| 9 | WHEREAS, on January 25, 2008, Defendant Nancy Heinen ("Heinen") filed a separate |
| 10 | motion to dismiss the SAC; and |
| 11 | WHEREAS, on February 15, 2008, Plaintiffs filed an omnibus opposition to all three |
| 12 | motions to dismiss; and |
| 13 | WHEREAS, given the overlap of issues and in the interests of economy and efficiency, |
| 14 | Apple and the Individual Defendants seek to file a single, omnibus reply in support of their two |
| 15 | motions to dismiss; and |
| 16 | WHEREAS, Heinen will file a separate reply in support of her motion to dismiss. |
| 17 | THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the |
| 18 | parties, through their counsel of record that, subject to Court approval, Apple and the Individual |
| 19 | Defendants may file a single omnibus reply memorandum, no longer than 30 pages, in support of |
| 20 | their two motions to dismiss. |
| 21 | |
| 22 | IT IS SO STIPULATED. |
| 23 | |
| 24 | Dated: February 25, 2008       O'MELVENY & MYERS LLP |
| 25 | |
| 26 | By:  /s/ George A. Riley |
| | George A. Riley |
| 27 | |
| | Attorneys for Nominal Defendant APPLE INC. |
| 28 | |

- 2 -

STIP. AND [PROPOSED] ORDER RE OMNIBUS REPLY - CASE NO. C06-04128 JF

| | | |
|---|---|---|
| 1 | Dated: February 25, 2008 | FARELLA BRAUN & MARTEL LLP |
| 2 | | |
| 3 | | By: /s/ Douglas R. Young<br>Douglas R. Young |
| 4 | | Attorneys for Defendants WILLIAM V. CAMPBELL, TIMOTHY D. COOK, MILLARD S. DREXLER, |
| 5 | | STEVEN P. JOBS, RONALD B. JOHNSON, ARTHUR D. LEVINSON, MITCHELL MANDICH, |
| 6 | | PETER OPPENHEIMER, JONATHAN RUBINSTEIN, AVADIS TEVANIAN, JR., and |
| 7 | | JEROME B. YORK |
| 8 | Dated: February 25, 2008 | MUNGER TOLLES & OLSON LLP |
| 9 | | |
| 10 | | By: /s/ Genevieve Cox<br>Genevieve Cox |
| 11 | | Attorneys for Defendant FRED D. ANDERSON |
| 12 | Dated: February 25, 2008 | HOWARD RICE NEMEROVSKI CANADY FALK & RABKIN PC |
| 13 | | |
| 14 | | By: /s/ Sarah A. Good<br>Sarah A. Good |
| 15 | | |
| 16 | | Attorneys for Defendant NANCY HEINEN |
| 17 | Dated: February 25, 2008 | COTCHETT, PITRE & McCARTHY |
| 18 | | By: /s/ Mark C. Molumphy<br>Mark C. Molumphy |
| 19 | | |
| 20 | | TRAVIS DOWNS<br>COUGHLIN, STOIA, GELLER, RUDMAN & ROBBINS, LLP |
| 21 | | |
| 22 | | LYNN L. SARKO<br>ELIZABETH A. LELAND<br>KELLER ROHRBACK LLP |
| 23 | | |
| 24 | | ROBIN WINCHESTER<br>SHIFFRIN & BARROWAY LLP |
| 25 | | Attorneys for Plaintiffs |

I, George A. Riley, am the ECF User whose ID and password are being used to file this

- 3 -
STIP. AND [PROPOSED] ORDER RE OMNIBUS REPLY - CASE NO. C06-04128 JF

Stipulation And [Proposed] Order Authorizing Individual Defendants And Nominal Defendant Apple Inc. To File Omnibus Reply Memorandum In Support Of Motions To Dismiss Second Amended Shareholder Consolidated Derivative Complaint.  In compliance with General Order 45, X.B., I hereby attest that Douglas Young, Genevieve Gox, Sarah Good, and Mark Molumphy have concurred in this filing.

Dated:  February 25, 2008              O'MELVENY & MYERS LLP

By:  /s/  George A. Riley
     George A. Riley

Attorneys for Nominal Defendant APPLE INC.

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: __2/29_____, 2008

_____
HON. JEREMY FOGEL
UNITED STATES DISTRICT JUDGE