GEORGE A. RILEY (State Bar No. 118304) griley@omm.com
DANIEL H. BOOKIN (State Bar No. 78996) dbookin@omm.com
LUANN L. SIMMONS (State Bar No. 203526) lsimmons@omm.com
ROBERT D. TRONNES (State Bar No. 209835) rtronnes@omm.com
VIVI N. TRAN (State Bar No. 247513) vtran@omm.com
O'MELVENY & MYERS LLP
Embarcadero Center West
275 Battery Street
San Francisco, California  94111-3305
Telephone:   (415) 984-8700
Facsimile:    (415) 984-8701

Attorneys for Nominal Defendant APPLE INC.

[See Additional Counsel on Signature Page]

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| In re APPLE INC. DERIVATIVE LITIGATION | Master File No. C-06-04128-JF |
|---|---|
|  | **STIPULATION AND [PROPOSED] ORDER VACATING HEARING DATE ON MOTIONS TO DISMISS SECOND AMENDED SHAREHOLDER CONSOLIDATED DERIVATIVE COMPLAINT** |
| This Document Relates to:<br><br>ALL ACTIONS. |  |
|  | Date:           April 4, 2008<br>Time:          9:00 a.m.<br>Department:  Ctrm 3, 5th Floor<br>Judge:         Honorable Jeremy Fogel |

- 1 -

STIP. AND [PROPOSED] ORDER RE VACATING HEARING DATE - CASE NO. C06-04128 JF

1  WHEREAS, on December 19, 2007, Plaintiffs filed their Second Amended Shareholder Derivative Complaint ("SAC"); and

3  WHEREAS, on January 25, 2008, Nominal Defendant Apple Inc., Defendants Fred D. Anderson, William V. Campbell, Timothy D. Cook, Millard S. Drexler, Steven P. Jobs, Ronald B. Johnson, Arthur D. Levinson, Mitchell Mandich, Peter Oppenheimer, Jonathan Rubinstein, Avadis Tevanian, Jr. and Jerome B. York, and Defendant Nancy Heinen filed motions to dismiss the SAC; and

8  WHEREAS, on February 15, 2008, Plaintiffs filed an omnibus opposition to all three motions to dismiss; and

10  WHEREAS, on February 29, 2008, the Defendants filed replies in support of the motions to dismiss; and

12  WHEREAS, when the motions to dismiss came up for hearing on March 21, 2008, the Court continued the hearing to April 4, 2008, at the parties request; and

14  WHEREAS, the parties wish to vacate the currently-scheduled hearing date of April 4, 2008;

16  THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the parties, through their counsel of record that, subject to Court approval, that the hearing on the Defendants' motions to dismiss currently scheduled for April 4, 2008, is vacated.

20  IT IS SO STIPULATED.

Dated:  April 3, 2008        O'MELVENY & MYERS LLP

By:  /s/ George A. Riley
     George A. Riley

Attorneys for Nominal Defendant APPLE INC.

| | | |
|---|---|---|
| 1 | Dated:  April 3, 2008 | FARELLA BRAUN & MARTEL LLP |
| 2 | | |
| 3 | | By:  /s/ Douglas R. Young<br>       Douglas R. Young |
| 4 | | Attorneys for Defendants WILLIAM V. CAMPBELL, TIMOTHY D. COOK, MILLARD S. DREXLER, STEVEN P. JOBS, RONALD B. JOHNSON, ARTHUR D. LEVINSON, MITCHELL MANDICH, PETER OPPENHEIMER, JONATHAN RUBINSTEIN, AVADIS TEVANIAN, JR., and JEROME B. YORK |
| 8 | Dated:  April 3, 2008 | MUNGER TOLLES & OLSON LLP |
| 9 | | |
| 10 | | By:  /s/  Genevieve Cox<br>       Genevieve Cox |
| 11 | | Attorneys for Defendant FRED D. ANDERSON |
| 12 | Dated:  April 3, 2008 | HOWARD RICE NEMEROVSKI CANADY FALK & RABKIN PC |
| 14 | | By:  /s/  Jin Kim<br>       Jin Kim |
| 15 | | Attorneys for Defendant NANCY HEINEN |
| 16 | Dated:  April 3, 2008 | COTCHETT, PITRE & McCARTHY |
| 18 | | By:  /s/  Mark C. Molumphy<br>       Mark C. Molumphy |
| 19 | | TRAVIS DOWNS |
| 20 | | COUGHLIN, STOIA, GELLER, RUDMAN & ROBBINS, LLP |
| 21 | | LYNN L. SARKO |
| 22 | | ELIZABETH A. LELAND<br>KELLER ROHRBACK LLP |
| 23 | | ROBIN WINCHESTER |
| 24 | | SHIFFRIN & BARROWAY LLP |
| 25 | | Attorneys for Plaintiffs |

I, George A. Riley, am the ECF User whose ID and password are being used to file this

Stipulation And [Proposed] Order Vacating Hearing Date On Motions To Dismiss Second Amended Shareholder Consolidated Derivative Complaint. In compliance with General Order 45, X.B., I hereby attest that Douglas Young, Genevieve Gox, Jin Kim, and Mark Molumphy have concurred in this filing.

Dated: April 3, 2008                      O'MELVENY & MYERS LLP

By:  /s/  George A. Riley
           George A. Riley

Attorneys for Nominal Defendant APPLE INC.

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: __4/8_____, 2008

HON. JEREMY FOGEL
UNITED STATES DISTRICT JUDGE