**E-filed 4/23/08**

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| In Re APPLE COMPUTER, INC., DERIVATIVE LITIGATION | Case Number C-06-4128-JF<br><br>ORDER ADMINISTRATIVELY CLOSING CONSOLIDATED ACTIONS |

On October 19, 2006 the above entitled matter was deemed the Master File in the Apple Computer Derivative Litigation. On December 18, 2006 Plaintiff filed a Consolidated Complaint including in the Complaint case number C-06-4649-JF. In light of the consolidation, the clerk shall administratively close the following cases: C-06-46-49-JF.

IT IS SO ORDERED.    4/23/08

JEREMY FOGEL
United States District Judge