JOSEPH W. COTCHETT (#36324)
jcotchett@cpmlegal.com
PHILIP L. GREGORY (SBN 95217)
pgregory@cpmlegal.com
MARK C. MOLUMPHY (#168009)
mmolumphy@cpmlegal.com
LAURA E. SCHLICHTMANN (#169699)
lschlictmann@cpmlegal.com
SEAN E. PONIST (#204712)
sponist@cpmlegal.com
COTCHETT, PITRE & McCARTHY
840 Malcolm Road, Suite 200
Burlingame, CA 94010
Telephone: (650) 697-6000
Fax: (650) 697-0577

*Plaintiffs' Liaison Counsel*

[See Additional Counsel on Signature Page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re APPLE COMPUTER, INC. DERIVATIVE LITIGATION<br><br>This Document Relates to:<br><br>ALL ACTIONS. | Master File No. C-06-4128-JF<br><br>**DECLARATION OF MARK C. MOLUMPHY IN SUPPORT OF JOINT MOTION FOR PRELIMINARY APPROVAL OF DERIVATIVE SETTLEMENT**<br><br>Date: September 8, 2008<br>Time: 9:00 a.m.<br>Courtroom 3, 5th Floor<br>Hon. Jeremy Fogel |

LAW OFFICES
COTCHETT,
PITRE, &
McCARTHY

**DECLARATION OF MARK C. MOLUMPHY IN SUPPORT OF JOINT MOTION FOR PRELIMINARY APPROVAL OF DERIVATIVE SETTLEMENT**

1  I, MARK C. MOLUMPHY, declare as follows:

2      1.      I am an attorney duly admitted to practice before all courts of the State of

3  California and all federal district courts located in California.  I am a partner with the law firm of

4  Cotchett, Pitre & McCarthy, counsel of record for Plaintiffs and the Court-appointed Liaison

5  Counsel and Chair of the Executive Committee for Plaintiffs' Counsel in the federal derivative

6  actions.  I submit this declaration in support of the Joint Motion for Preliminary Approval of the

7  Derivative Settlement.  I have personal knowledge of the matters stated herein and, if called

8  upon, could competently testify thereto.

9  **Background of Derivative Actions**

10      2.      On June 29, 2006, Apple issued a press release stating that its management had

11  commenced an internal review of stock option practices and had "discovered irregularities

12  related to the issuance of certain stock option grants made between 1997 and 2001.  A special

13  committee of Apple's outside directors has hired independent counsel to perform an

14  investigation and the company has informed the SEC."

15      3.      Following Apple's announcement, 16 derivative lawsuits were filed on behalf of

16  Apple in the United States District Court for the Northern District of California against certain

17  current and former directors and officers of Apple, asserting claims based upon the alleged

18  improper accounting for stock option grants.  On October 13, 2006, the Court consolidated all

19  pending actions under the caption *In re Apple Computer, Inc. Derivative Litigation*, Master File

20  No. C-06-04128-JF (the "Federal Action").

21      4.      Similarly, on July 5, 2006, the first of five shareholder derivative complaints were

22  filed in Santa Clara Superior Court on behalf of Apple.  The actions were consolidated by the

23  State Court on September 1, 2006, under the caption In re Apple Computer, Inc. Derivative

24  Litigation, Lead Case No. 1:06CV066692 (the "State Action"), asserting allegations similar to

25  those made in this Action.  On December 7, 2006, the Santa Clara County Superior Court stayed

26  the State Action in favor of the pending federal lawsuit.

27

28



LAW OFFICES
COTCHETT,
PITRE, &
MCCARTHY

DECLARATION OF MARK C. MOLUMPHY IN SUPPORT OF JOINT MOTION FOR PRELIMINARY APPROVAL
OF DERIVATIVE SETTLEMENT

1

1    5.      On December 18, 2006, Federal Plaintiffs filed a consolidated derivative

2  complaint.

3    6.      On December 29, 2006, Apple filed its 2006 Form 10-K, providing details

4  relating to an investigation conducted by its Special Committee, including that grant dates for

5  certain grants made before 2003 had been selected to secure favorable exercise prices.  As a

6  result, the Special Committee recommended that Apple's financial statements be restated to

7  reflect an additional non-cash compensation expense.  Apple's fiscal 2006 10-K restatement

8  included a stock-based, non-cash compensation expense of $84 million after taxes.

9    7.      On January 18, 2007, Federal Plaintiffs moved to amend the consolidated

10  complaint, which request was granted on February 26, 2007.  The First Amended Shareholder

11  Derivative Complaint ("FAC") was filed on March 6, 2007.

12    8.      On April 20, 2007, the individual defendants moved to dismiss the FAC for

13  failure to state a claim, and Apple moved to dismiss the FAC on grounds of demand futility.  On

14  November 19, 2007, the Court dismissed the FAC  with leave to amend.

15    9.      Federal Plaintiffs filed the Second Amended Consolidated Derivative Complaint

16  ("SAC") on December 19, 2007, alleging violations of Section 10(b), breach of fiduciary duty,

17  corporate waste, unjust enrichment, and violations of California Corporations Code Section

18  25402.  On January 25, 2008, the individual defendants and Apple again moved to dismiss,

19  which the Federal Plaintiffs opposed.

20  **Settlement Negotiations**

21    10.     During much of this time period, beginning in 2007 and continuing into 2008, the

22  parties engaged in numerous in-person meetings and discussions regarding a potential settlement

23  of the derivative litigation.  In addition, Federal Plaintiffs conducted extensive investigation into

24  Apple's stock option practices, reviewing thousands of documents relating to the grants at issue,

25  relevant market and stock trading data, market trading patterns, option grant patterns, and public

26  disclosures.  Federal Plaintiffs also retained expert consultants who performed independent

27  examinations of Apple's option practices and statistical analysis of option grant dates.  During

28

LAW OFFICES
COTCHETT,
PITRE, &
MCCARTHY

DECLARATION OF MARK C. MOLUMPHY IN SUPPORT OF JOINT MOTION FOR PRELIMINARY APPROVAL
OF DERIVATIVE SETTLEMENT

1   this period, Apple also provided additional information relating to its stock option practices and

2   policies, including the specific grants at issue in this case, and Federal Plaintiffs' counsel met

3   with Apple personnel, including from Apple's internal audit department, and reviewed thousands

4   of pages of information relating to Apple's practices and procedures.  Thus, Federal Plaintiffs'

5   counsel conducted extensive research and due diligence relating to the stock option grants at

6   issue and gave close scrutiny to Apple's alleged defenses.

7          11.     To further assist the parties' settlement efforts, the parties engaged the Honorable

8   Edward Infante (Ret.) of JAMS to act as mediator for potential settlement discussions, and

9   multiple mediation sessions took place with the involvement of counsel for all parties, including

10  Apple and its Special Litigation Committee ("SLC").

11         12.     During these discussions, Federal Plaintiffs engaged and utilized experts in

12  corporate governance and stock option accounting practices, including the director of the

13  corporate governance program at Stanford University.  The goal of the discussions was to assess

14  whether a mutually agreeable resolution could be achieved, providing both immediate monetary

15  relief to Apple and meaningful governance measures to help ensure that similar issues would not

16  occur in the future.

17         13.     On March 21, 2008, the day the motions were scheduled to be heard, the parties

18                 to

19  the Federal Action informed the Federal Court that they had reached an agreement in principle to

20  resolve the pending derivative litigation.  The motions to dismiss were subsequently taken off

21  the calendar.

22  **The Settlement**

23         14.     The Stipulation of Settlement, filed separately with the Joint Motion, reflects the

24  consensual resolution of the Federal and State Actions.  Specifically, Apple and its SLC agreed

25  to implement certain corporate governance reforms and modify its existing processes concerning

26  the granting and documentation of stock options and other equity awards, trading compliance,

27  corporate minutes, Board actions by unanimous written consents, Board training, and the

28

LAW OFFICES
COTCHETT,
PITRE, &
MCCARTHY

DECLARATION OF MARK C. MOLUMPHY IN SUPPORT OF JOINT MOTION FOR PRELIMINARY APPROVAL
OF DERIVATIVE SETTLEMENT

3

1    composition of its Board committees, as detailed in Exhibits 6 through 11 attached to the

2    Stipulation (the "Corporate Governance Reforms").

3        15.    In addition, Apple's Individual Defendants, through their directors and officers'

4    liability coverage, agreed to pay Apple the sum of $14 million within 30 days of the effective

5    date, in settlement and release of claims raised in the Action and dismissal of the State and

6    Federal Actions with prejudice.  Settlement, ¶2.1.1.

7    **Negotiation of Attorneys Fees and Costs**

8        16.    After the Parties had reached agreement on the Settlement terms, described

9    terms, Apple entered into further negotiations with Plaintiffs' Counsel relating to the payment of

10   attorneys fees and the reimbursement of certain expenses, based on the extensive work

11   performed by counsel in investigating and litigating the claims, reviewing the pertinent evidence

12   with Apple and its representatives, and obtaining both monetary relief and crafting appropriate

13   governance measures to prevent similar types of conduct from reoccurring in the future.  Once

14   again, with respect to negotiation of appropriate fees and expenses, the parties utilized the

15   assistance of Judge Infante to facilitate the discussions.  As a result, Apple has agreed to pay fees

16   and expenses totaling $7.6 million to Federal Plaintiffs' Counsel, representing $7.3 million in

17   fees and an amount not exceeding $300,000 in expenses, and $1.25 million to State Plaintiffs'

18   Counsel, representing $1.2 million in fees and an amount not exceeding $50,000 in expenses,

19   subject to Court approval.

20       17.    The agreed amounts for fees and costs are both fair and reasonable, and reflect the

21   value of relief obtained for Apple, both monetary and non-monetary, and the extensive work

22   performed by counsel to help secure such relief.   While Plaintiffs' Counsel intend to provide

23   more detailed information about the nature of their work, the time spent, and the expenses

24   incurred, in support of the motion for final approval, as of this date the Federal Plaintiffs'

25   counsel have collectively devoted almost 10,000 hours of time and advanced approximately

26   $287,000 in combined expenses on Apple's behalf.

27

28

LAW OFFICES
COTCHETT,
PITRE, &
McCARTHY

**DECLARATION OF MARK C. MOLUMPHY IN SUPPORT OF JOINT MOTION FOR PRELIMINARY APPROVAL**
**OF DERIVATIVE SETTLEMENT**

4

**Request for Preliminary Approval**

18.     Accordingly, Plaintiffs respectfully request preliminary approval of the
Settlement
and the opportunity to notify Apple's shareholders of the proposed terms.

19.     The Settlement offers the Company's shareholders the benefit of substantial,
immediate, and lasting corporate governance changes, not to mention significant monetary relief.
The Settlement provides for improvements to the Company's equity granting practices,
disclosure obligations, and oversight.  The Settlement was negotiated at arm's-length in good
faith by the Parties, and reflects an agreement that was reached voluntarily after consultation
with competent legal counsel and with the assistance of an experienced mediator.  The
Settlement also takes into account the uncertainty of the legal issues underlying the allegations in
the Action, which continue to be denied by Apple and the Individual Defendants, and provides
certain and valuable relief to Apple and its shareholders.

20.     Thus, it is the opinion of my firm, and the other Executive Committee members,
that the Settlement, as proposed, is fair, reasonable, and adequate, especially in view of the
uncertainties and vagaries of further litigation with the Defendants, the immediate benefits
obtained for the shareholders of Apple and the nature of the relief sought.

I declare under penalty of perjury under the laws of the United States of America
that the forgoing is true and correct.  Executed September 4, 2008 at Burlingame, California.


_____/s/_____
MARK C. MOLUMPHY



LAW OFFICES
COTCHETT,
PITRE, &
MCCARTHY

---

**DECLARATION OF MARK C. MOLUMPHY IN SUPPORT OF JOINT MOTION FOR PRELIMINARY APPROVAL**

**OF DERIVATIVE SETTLEMENT**

5

1          I, George A. Riley, am the ECF User whose ID and password are being used to file the

2   Declaration of Mark C. Molumphy in Support of Joint Motion for Preliminary Approval of

3   Derivative Settlement.  In compliance with General Order 45, X.B., I hereby attest that Mark C.

4   Molumphy has concurred in this filing.

5
                                                       By:    /s/ George A. Riley _____
6                                                             George A. Riley

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28