GEORGE A. RILEY (State Bar No. 118304)
DANIEL H. BOOKIN (State Bar No. 78996)
ROBERT D. TRONNES (State Bar No. 209835)
VIVI N. TRAN (State Bar No. 247513)
O'MELVENY & MYERS LLP
Two Embarcadero Center
28th Floor
San Francisco, California  94111-3828
Telephone:   (415) 984-8700
Facsimile:    (415) 984-8701
E-Mail:        griley@omm.com
                   dbookin@omm.com
                   rtronnes@omm.com
                   vtran@omm.com

Attorneys for Nominal Defendant APPLE INC.

(Additional Counsel Listed on Signature Page)

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| In re APPLE INC. DERIVATIVE LITIGATION<br><br>This Documents Relates to:<br><br>ALL ACTIONS. | Master File No. C-06-04128-JF<br><br>**STIPULATION AND [PROPOSED] ORDER TO SET THE HEARING DATE ON THE JOINT MOTION FOR PRELIMINARY APPROVAL OF DERIVATIVE SETTLEMENT**<br><br>Department:   Ctrm. 3, 5th Floor<br>Judge:            Honorable Jeremy Fogel |
|---|---|

WHEREAS, on October 13, 2006, the Court consolidated 16 pending federal derivative actions as *In re Apple Computer, Inc. Derivative Litigation*, Master File No. C-06-04128-JF (the "Federal Action");

WHEREAS, the Superior Court of California, County of Santa Clara on September 1, 2006, consolidated five purported derivative suits as *In re Apple Computer, Inc. Derivative Litigation*, Lead Case No. 1:06CV066692 (the "State Action");

WHEREAS, the parties and their counsel in both the Federal Action and the State Action have determined that it is desirable to settle the litigation on the terms set forth in the concurrently

1  filed Stipulation of Settlement and that the terms of the Settlement are in the best interests of
2  Apple and its shareholders;
3    WHEREAS, the joint motion filed concurrently herewith seeks preliminary approval of
4  the settlement pursuant to Federal Rule of Civil Procedure 23.1;
5    WHEREAS, the joint motion is based upon the Notice of Joint Motion and Joint Motion,
6  Plaintiffs' Memorandum of Points and Authorities, Apple's Memorandum of Points and
7  Authorities, the supporting declarations and exhibits thereto, the Stipulation of Settlement and
8  exhibits thereto, all other papers on file with the Court and such other matters as may be
9  presented in connection with the hearing;
10   NOW, THEREFORE, counsel for Apple, counsel for the individual defendants in the
11 Federal Action, and counsel for plaintiffs in the State and Federal Action hereby stipulate and
12 agree, and respectfully request that the Court enter an order, as follows:
13   1. The hearing to address the Joint Motion for Preliminary Approval of Derivative
14 Settlement shall be set for September 8, 2008, at 9 a.m., or as soon thereafter as the matter may be
15 heard.

| | | |
|---|---|---|
| 1 | Dated:  September 4, 2008 | FARELLA BRAUN & MARTEL LLP<br>DOUGLAS R. YOUNG (State Bar No. 73248) |
| 2 | | |
| 3 | | By:   /s/ Douglas R. Young<br>         Douglas R. Young |
| 4 | | Attorneys for Defendants WILLIAM V. CAMPBELL, TIMOTHY D. COOK, MILLARD S. DREXLER, STEVEN P. JOBS, RONALD B. JOHNSON, ARTHUR D. LEVINSON, MITCHELL MANDICH, PETER OPPENHEIMER, JONATHAN RUBINSTEIN, AVADIS TEVANIAN, JR., and JEROME B. YORK |
| 8 | Dated:  September 4, 2008 | HOWARD RICE NEMEROVSKI CANADY FALK & RABKIN PC<br>JIN H. KIM (State Bar No. 208676) |
| 10 | | By:   /s/ Sarah A. Good<br>         Sarah A. Good<br>Attorneys for Defendant NANCY HEINEN |
| 12 | Dated:  September 4, 2008 | MUNGER, TOLLES & OLSON LLP<br>JEROME C. ROTH (State Bar No. 159483)<br>YOHANCE C. EDWARDS (State Bar No. 237244) |
| 14 | | By:   /s/ Jerome C. Roth<br>         Jerome C. Roth |
| 15 | | Attorneys for Defendant FRED D. ANDERSON |
| 16 | Dated:  September 4, 2008 | O'MELVENY & MYERS LLP<br>GEORGE A. RILEY (State Bar No. 118304) |
| 18 | | By:   /s/ George A. Riley<br>         George A. Riley |
| 19 | | Attorneys for Nominal Defendant APPLE INC. |

STIPULATION AND [PROPOSED] ORDER TO SET HEARING DATE ON MOT. FOR PRELIM. APPROVAL OF SETTLEMENT – C-06-04128-JF

| | | |
|---|---|---|
| 1 | Dated:  September 4, 2008 | COTCHETT, PITRE & McCARTHY<br>MARK C. MOLUMPHY (State Bar No. 168009) |
| 2 | | |
| 3 | | By:   /s/ Mark C. Molumphy<br>         Mark C. Molumphy |
| 4 | Dated:  September 4, 2008 | KELLER ROHRBACK L.L.P.<br>LYNN LINCOLN SARKO |
| 5 | | |
| 6 | | By:   /s/ Lynn Lincoln Sarko<br>         Lynn Lincoln Sarko |
| 7 | Dated:  September 4, 2008 | COUGHLIN, STOIA, GELLER, RUDMAN & ROBBINS, LLP<br>SHAWN A. WILLIAMS (State Bar No. 213113) |
| 8 | | |
| 9 | | By:   /s/ Shawn A. Williams<br>         Shawn A. Williams |
| 10 | Dated: September 4, 2008 | SCHIFFRIN BARROWAY TOPAZ & KESSLER, LLP<br>ERIC L. ZAGAR (State Bar No. 250519) |
| 11 | | |
| 12 | | By:   /s/ Eric L. Zagar<br>         Eric L. Zagar |
| 13 | | |
| 14 | | FEDERAL PLAINTIFFS' COUNSEL<br>On behalf of the FEDERAL PLAINTIFFS and derivatively on behalf of APPLE INC. |
| 15 | | |

| | | |
|---|---|---|
| 1 | Dated: September 4, 2008 | BARRACK RODOS & BACINE |
| | | STEPHEN R. BASSER (State Bar No. 121590) |
| 2 | | |
| | | By:   /s/ Stephen R. Basser |
| 3 | | Stephen R. Basser |
| 4 | Dated: September 4, 2008 | BRANSTETTER STRANCH & JENNINGS, PLLC |
| 5 | | JAMES G. STRANCH, III |
| | | J. GERARD STRANCH, IV |
| 6 | | |
| | | By:   /s/ J. Gerard Stranch, IV |
| 7 | | J. Gerard Stranch, IV |
| 8 | Dated: September 4, 2008 | ROBBINS UMEDA & FINK LLP |
| | | MARC M. UMEDA (State Bar No. 197847) |
| 9 | | STEVEN J. SIMERLEIN (State Bar No. 156979) |
| 10 | | By:  /s/ Marc M. Umeda |
| | | Marc M. Umeda |
| 11 | | |
| 12 | | STATE PLAINTIFFS' COUNSEL |
| | | On behalf of the STATE PLAINTIFFS and |
| 13 | | derivatively on behalf of APPLE INC. |

I, George A. Riley, am the ECF User whose ID and password are being used to file this Stipulation and [Proposed] Order to Set the Hearing Date on the Joint Motion for Preliminary Approval of Derivative Settlement. In compliance with General Order 45, X.B., I hereby attest that Douglas R. Young, Sarah A. Good, Jerome C. Roth, Mark C. Molumphy, Lynn Lincoln Sarko, Shawn A. Williams, Eric L. Zagar, Stephen R. Basser, J. Gerard Stranch, IV, and Marc M. Umeda have concurred in this filing.

By:   /s/ George A. Riley
George A. Riley

**O R D E R**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: September 5, 2008

The Honorable Jeremy Fogel
United States District Judge

STIPULATION AND [PROPOSED] ORDER TO
SET HEARING DATE ON MOT. FOR PRELIM.
APPROVAL OF SETTLEMENT – C-06-04128-JF