GEORGE A. RILEY (State Bar No. 118304)
DANIEL H. BOOKIN (State Bar No. 78996)
ROBERT D. TRONNES (State Bar No. 209835)
VIVI N. TRAN (State Bar No. 247513)
O'MELVENY & MYERS LLP
Two Embarcadero Center
28th Floor
San Francisco, California  94111-3828
Telephone:   (415) 984-8700
Facsimile:    (415) 984-8701
E-Mail:        griley@omm.com
                   dbookin@omm.com
                   rtronnes@omm.com
                   vtran@omm.com

Attorneys for Nominal Defendant APPLE INC.

(Additional Counsel Listed on Signature Page)

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| In re APPLE INC.<br>DERIVATIVE LITIGATION<br><br>This Documents Relates to:<br><br>ALL ACTIONS. | Master File No. C-06-04128-JF<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND PAGE LIMIT ON NOMINAL DEFENDANT APPLE INC.'S MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF JOINT MOTION FOR PRELIMINARY APPROVAL OF DERIVATIVE SETTLEMENT**<br><br>Department:   Ctrm. 3, 5th Floor<br>Judge:            Honorable Jeremy Fogel |

WHEREAS, 16 purported derivative suits were filed on behalf of Apple Inc. ("Apple") in the United States District Court for the Northern District of California.  Two of those suits were subsequently voluntarily dismissed and on October 13, 2006 the Court ordered the remaining 14 pending federal derivative actions consolidated as *In re Apple Computer, Inc. Derivative Litigation*, Master File No. C-06-04128-JF (the "Federal Action");

WHEREAS, on September 1, 2006, the Superior Court of California, County of Santa Clara ("State Court"), consolidated five purported derivative suits as *In re Apple Computer, Inc.*

1  *Derivative Litigation*, Lead Case No. 1:06CV066692 (the "State Action") and on December 7,

2  2006, the State Court stayed the State Action in favor of the Federal Action;

3        WHEREAS, plaintiffs filed the First Amended Shareholder Derivative Complaint

4  ("FAC") in the Federal Action on March 6, 2007, the defendants and Apple moved to dismiss the

5  FAC on April 20, 2007, and the Court granted defendants' motion to dismiss the FAC with leave

6  to amend on November 19, 2007;

7        WHEREAS, plaintiffs filed the Second Amended Shareholder Derivative Complaint

8  ("SAC") on December 19, 2007;

9        WHEREAS, the defendants moved to dismiss the SAC for failure to state a claim and on

10 statute of limitations grounds, and Apple moved to dismiss the SAC on the grounds of demand

11 futility on January 25, 2008;

12       WHEREAS, on March 21, 2008, the day the motions to dismiss were scheduled to be

13 heard, the parties informed the Court that they had reached a tentative settlement;

14       WHEREAS, under Civil L.R. 7-4(b) for the United States District Court for the Northern

15 District of California, Apple's memorandum of points and authorities in support of the joint

16 motion for preliminary approval of the settlement may not exceed 25 pages of text, excluding

17 indices and exhibits, unless the court orders otherwise;

18       WHEREAS, the 147-page SAC consolidated 14 formerly separate complaints and states

19 eight causes of action against Apple and 13 current and former officers and directors and the SAC

20 raises complex issues under the federal securities laws and California law;

21       NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between

22 the undersigned counsel for plaintiffs and defendants, subject to the approval of the Court, as

23 follows:

24       1.    Given the complexity of the issues raised by the SAC, nominal defendant Apple

25 shall have ten (10) additional pages for its memorandum of points and authorities in support of

26 the joint motion for preliminary approval, thereby increasing the page limit to a total of thirty (35)

27 pages.

28

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated: September 4, 2008 | O'MELVENY & MYERS LLP<br>GEORGE A. RILEY (State Bar No. 118304) |
| 3 | | By: ___/s/ George A. Riley___<br>George A. Riley |
| 4 | | |
| 5 | | Attorneys for Nominal Defendant APPLE INC. |
| 6 | Dated: September 4, 2008 | FARELLA BRAUN & MARTEL LLP<br>DOUGLAS R. YOUNG (State Bar No. 73248) |
| 7 | | By: ___/s/ Douglas R. Young___<br>Douglas R. Young |
| 8 | | |
| 9-12 | | Attorneys for Defendants WILLIAM V. CAMPBELL, TIMOTHY D. COOK, MILLARD S. DREXLER, STEVEN P. JOBS, RONALD B. JOHNSON, ARTHUR D. LEVINSON, MITCHELL MANDICH, PETER OPPENHEIMER, JONATHAN RUBINSTEIN, AVADIS TEVANIAN, JR., and JEROME B. YORK |
| 13 | Dated: September 4, 2008 | MUNGER, TOLLES & OLSON LLP<br>JEROME C. ROTH (State Bar No. 159483)<br>YOHANCE C. EDWARDS (State Bar No. 237244) |
| 14 | | |
| 15 | | By: ___/s/ Yohance C. Edwards___<br>Yohance C. Edwards |
| 16 | | |
| 17 | | Attorneys for Defendant FRED D. ANDERSON |
| 18 | Dated: September 4, 2008 | HOWARD RICE NEMEROVSKI CANADY FALK & RABKIN PC<br>SARAH A. GOOD (State Bar No. 148742)<br>JIN H. KIM (State Bar No. 208676)<br>JASON M. HABERMEYER (State Bar No. 226607) |
| 19 | | |
| 20 | | |
| 21 | | By: ___/s/ Jin H. Kim___<br>Jin H. Kim |
| 22 | | Attorneys for Defendant NANCY HEINEN |
| 23-28 | | |

STIPULATION AND [PROPOSED] ORDER TO EXTEND PAGE LIMIT ON MOT. FOR PRELIM. APPROVAL OF SETTLEMENT – C-06-04128-JF

| | | |
|---|---|---|
| 1 | Dated: September 4, 2008 | COTCHETT, PITRE & McCARTHY<br>MARK C. MOLUMPHY (State Bar No. 168009) |
| 2 | | |
| 3 | | By:     /s/ Mark C. Molumphy<br>              Mark C. Molumphy |
| 4 | | SHAWN A. WILLIAMS<br>COUGHLIN, STOIA, GELLER, RUDMAN & |
| 5 | | ROBBINS, LLP |
| 6 | | LYNN L. SARKO<br>ELIZABETH A. LELAND |
| 7 | | KELLER ROHRBACK LLP |
| 8 | | ERIC L. ZAGAR<br>SCHIFFRIN BARROWAY TOPAZ & KESSLER, |
| 9 | | LLP |
| 10 | | Attorneys for Plaintiffs |

I, George A. Riley, am the ECF User whose ID and password are being used to file this Stipulation and [Proposed] Order to Extend Page Limit on Nominal Defendant Apple Inc.'s Memorandum of Points and Authorities in Support of Joint Motion for Preliminary Approval of Derivative Settlement. In compliance with General Order 45, X.B., I hereby attest that Douglas R. Young, Yohance C. Edwards, Jin H. Kim, and Mark C. Molumphy have concurred in this filing.

By:   /s/ George A. Riley
        George A. Riley

**O R D E R**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: September 5, 2008

_____
The Honorable Jeremy Fogel
United States District Judge

STIPULATION AND [PROPOSED] ORDER TO
EXTEND PAGE LIMIT ON MOT. FOR PRELIM.
APPROVAL OF SETTLEMENT – C-06-04128-JF