GEORGE A. RILEY (State Bar No. 118304)
DANIEL H. BOOKIN (State Bar No. 78996)
ROBERT D. TRONNES (State Bar No. 209835)
VIVI N. TRAN (State Bar No. 247513)
O'MELVENY & MYERS LLP
Two Embarcadero Center
28th Floor
San Francisco, California  94111-3828
Telephone:   (415) 984-8700
Facsimile:    (415) 984-8701
E-Mail:         griley@omm.com
                    dbookin@omm.com
                    rtronnes@omm.com
                    vtran@omm.com

Attorneys for Nominal Defendant APPLE INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| In re APPLE INC. DERIVATIVE LITIGATION<br><br>This Documents Relates to:<br><br>ALL ACTIONS. | Master File No. C-06-04128-JF<br><br>**[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION FOR LEAVE TO FILE UNDER SEAL PURSUANT TO LOCAL RULE 79-5 CERTAIN DOCUMENTS SUBMITTED IN SUPPORT OF NOMINAL DEFENDANT APPLE INC.'S MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF FINAL APPROVAL OF DERIVATIVE SETTLEMENT**<br><br>Department:   Ctrm. 3, 5th Floor<br>Judge:             Honorable Jeremy Fogel |

([PROPOSED] in title has strikethrough)

1    Having considered nominal defendant Apple Inc.'s Administrative Motion for Leave to
2  File Under Seal Pursuant to Local Rule 79-5 Certain Documents Submitted in Support of
3  Nominal Defendant Apple Inc.'s Memorandum of Points and Authorities in Support of Final
4  Approval of Derivative Settlement and all other supporting and opposing arguments and papers,
5  and finding good cause,

6    **IT IS HEREBY ORDERED:**

7    Pursuant to Civil Local Rule 79-5, Apple Inc.'s Administrative Motion for Leave to File
8  Under Seal Pursuant to Local Rule 79-5 Certain Documents Submitted in Support of Nominal
9  Defendant Apple Inc.'s Memorandum of Points and Authorities in Support of Final Approval of
10 Derivative Settlement:

11   (a)   the unredacted Amended Shareholder Derivative Complaint filed in the
12         action titled *Boston Retirement Board v. Jobs, et al.*, Case No. 108CV110403
13         (Santa Clara County Superior Court), and the entirety of Exhibits 2-7, 9-15, 17-19,
14         21 and 23 thereto (attached as Exhibit 1 to the Declaration of Robert D. Tronnes in
15         Support of Nominal Defendant Apple Inc.'s Memorandum of Points and
16         Authorities in Support of Final Approval of Derivative Settlement),
17 is **GRANTED**, and the aforementioned documents will be filed under seal.

19 Dated: 10/24/08

                                    _____
21                                  The Honorable Jeremy Fogel
                                    United States District Judge

23 MP1:1027458.1

                    1                   [PROPOSED] ORDER GRANTING ADMIN.
                                        MOT. TO FILE UNDER SEAL – C-06-04128-JF