**E-Filed 10/29/08**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE APPLE, INC. DERIVATIVE LITIGATION, | Case Number C 06-4128 JF (HRL)<br><br>ORDER SEALING PORTIONS OF OBJECTIONS SUBMITTED TO THE COURT |

    It has come to the Court's attention that confidential information is contained in one of the shareholders' objections submitted to the Court and electronically filed by the Clerk's Office. Accordingly, the Clerk of the Court is directed to seal pages 2-3 and 5 of docket no. 233.

    Docket nos. 235, 236 and 237 also contain confidential information regarding shareholders' accounts; these documents were filed erroneously as "objections" although they are not in fact objections but rather requests to be included in the settlement. Accordingly, the Clerk of the Court is directed to delete these docket entries and to transmit the documents to Plaintiffs' counsel.

    The Court has received an additional objection dated October 14, the last page of which contains confidential shareholder information. The Clerk of the Court is directed to

1 electronically file the objection, the first five pages in the public record and the sixth page under
2 seal.
3  IT IS SO ORDERED.
4
5
6 DATED: 10/29/08
7
8  _____
  JEREMY FOGEL
9  United States District Judge

Case No. C 06-4128 JF (HRL)
ORDER SEALING PORTIONS OF OBJECTIONS SUBMITTED TO THE COURT
(JFLC2)

Copies of Order served on:

Alan R Plutzik aplutzik@bramsonplutzik.com

David Malcolm Furbush david.furbush@pillsburylaw.com, frances.ceccacci@pillsburylaw.com

Douglas R. Young dyoung@fbm.com, calendar@fbm.com

Elizabeth A. Leland bleland@kellerrohrback.com, chopkins@kellerrohrback.com, dwilcher@kellerrohrback.com

Elizabeth B. Wydra elizabethwydra@quinnemanuel.com

Emanuel Shachmurove mshachmurove@sbtklaw.com

Eric L. Zagar ezagar@sbtklaw.com, der_filings@sbtklaw.com, kpopovich@sbtklaw.com, rwinchester@sbtklaw.com

Genevieve A. Cox Genevieve.Cox@mto.com, sophia.leshin@mto.com

George A. Riley griley@omm.com, cchiu@omm.com, mhenderson@omm.com

Howard D. Finkelstein fk@classactionlaw.com

James Christopher Magid jmagid@bermanesq.com, stuiasosopo@bermanesq.com

Jason Mark Habermeyer jhabermeyer@howardrice.com, ccamp@howardrice.com

Jeffrey R. Krinsk jrk@classactionlaw.com, fk@classactionlaw.com

Jerome Cary Roth Jerome.Roth@mto.com, susan.ahmadi@mto.com

Jerry E. Nastari jen@coreylaw.com, deg@coreylaw.com

Jin H. Kim jkim@hrice.com

John Mark Potter johnpotter@quinnemanuel.com, amberburns@quinnemanuel.com, westonreid@quinnemanuel.com

John W. Spiegel spiegeljw@mto.com, berryjm@mto.com, finchac@mto.com, giesingermj@mto.com, stonelc@mto.com, voigtsam@mto.com

Juli E. Farris jfarris@kellerrohrback.com, bleland@kellerrohrback.com, dau@kellerrohrback.com, mbates@kellerrohrback.com, scramer@kellerrohrback.com

Kathryn Anne Schofield kschofield@bramsonplutzik.com, moldenburg@bramsonplutzik.com

Kelly L Sommerfeld ksommerfeld@cpsmlaw.com, jacosta@cpsmlaw.com

Luann Loraine Simmons lsimmons@omm.com, cchiu@omm.com, cholsome@omm.com, smeblin@omm.com

Lynn Lincoln Sarko lsarko@kellerrohrback.com

Mark Cotten Molumphy mmolumphy@cpmlegal.com, bgoldman@cpmlegal.com, jacosta@cpmlegal.com, mmetzger@cpmlegal.com, oszeto@cpmlegal.com, pskahan@cpmlegal.com

Mary Sikra Thomas mthomas@gelaw.com, memaryt@verizon.net

Robert C. Schubert rschubert@schubertlawfirm.com

Ronald Lovitt rl@lh-sf.com, davies@lh-sf.com

Sarah A. Good sgood@howardrice.com, bhastings@howardrice.com

Scott Justin Yundt syundt@murrayhowardlaw.com, aarnall@murrayhowardlaw.com, aromero@murrayhowardlaw.com, dhoward@murrayhowardlaw.com, gmurray@murrayhowardlaw.com

Sean M. Handler , Esq ecf_filings@sbtklaw.com

Shawn A. Williams shawnw@csgrr.com, aelishb@csgrr.com, cwood@csgrr.com, e_file_sd@csgrr.com, e_file_sf@csgrr.com, travisd@csgrr.com

Travis E. Downs , III travisd@csgrr.com, e_file_sd@csgrr.com

Willem F. Jonckheer wjonckheer@schubert-reed.com

Yohance Claude Edwards yohance.edwards@mto.com, milvi.giesinger@mto.com

Carl Holliday Moor
Munger Tolles & Olson LLP
355 S Grand Ave 35FL
Los Angeles, CA 90071-1560

Richard S. Schiffrin
Schiffrin & Barroway LLP
280 King of Prussia
Radnor, PA 19087

Sarina M. Hinson
The Garcia Law Firm
1 World Trade Center
Suite 1950
Long Beach, CA 90831