**E-Filed 10/30/08**

1. JOSEPH W. COTCHETT (#36324)
   jcotchett@cpmlegal.com
2. PHILIP L. GREGORY (SBN 95217)
   pgregory@cpmlegal.com
3. MARK C. MOLUMPHY (#168009)
   mmolumphy@cpmlegal.com
4. LAURA E. SCHLICHTMANN (#169699)
   lschlictmann@cpmlegal.com
5. SEAN E. PONIST (#204712)
   sponist@cpmlegal.com
6. COTCHETT, PITRE & McCARTHY
   840 Malcolm Road, Suite 200
7. Burlingame, CA 94010
   Telephone: (650) 697-6000
8. Fax: (650) 697-0577

*Plaintiffs' Liaison Counsel*

[See Additional Counsel on Signature Page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re APPLE COMPUTER, INC. DERIVATIVE LITIGATION<br><br>This Document Relates to:<br><br>ALL ACTIONS. | Master File No. C-06-4128-JF<br><br>**JOINT MOTION FOR ORDER SEALING PORTIONS OF OBJECTION SUBMITTED TO THE COURT; [PROPOSED] ORDER**<br><br>Courtroom 3, 5th Floor<br>Hon. Jeremy Fogel |

LAW OFFICES
COTCHETT,
PITRE, &
MCCARTHY

1    Earlier today, the Court issued an Order (Docket No. 239) noting that it had received an
2    objection, dated October 14, 2008, containing confidential information.  The Order directed the
3    Clerk to file the last page of the objection under seal.

4    Plaintiffs and Nominal Defendant Apple Inc. ("Apple") have determined that the same
5    objection, from Veronica Morrissette, including the final page of confidential information, was
6    attached as an exhibit to declarations filed both by Plaintiffs and Apple in support of final
7    approval of the proposed settlement.  See, Declaration of Mark C. Molumphy, Exhibit G, filed on
8    October 23, 2008 (Docket No. 222-9 at Page 7 of 7) and Declaration of Vivi Tran, Exhibit 13,
9    filed on October 23, 2008 (Docket No. 226-5 at Page 12 of 23).

10   Accordingly, Plaintiffs and Apple jointly request the Court to enter an order directing the
11   Clerk to seal the identified pages of Docket Nos. 222-9 and 226-5.

12   Dated: October 29, 2008                COTCHETT, PITRE & McCARTHY

                                             By:          /s/
                                             Mark C. Molumphy (#168009)
                                             San Francisco Airport Office Center
                                             840 Malcolm Road, Suite 200
                                             Burlingame, CA 94010
                                             Telephone: (650) 697-6000
                                             Facsimile: (650) 692-3606

                                             *Plaintiffs' Liaison Counsel*

     Dated: October 29, 2008                O'MELVENY & MYERS LLP

                                             By:          /s/
                                             George A. Riley (#118304)
                                             Embarcadero Center West
                                             275 Battery Street
                                             San Francisco, CA 94111
                                             Telephone: (415) 984-8700
                                             Facsimile: (415) 984-8701

                                             *Attorneys for Nominal Defendant, Apple Inc.*

25   I, Mark C. Molumphy, am the ECF user whose ID and password is being used to file this
26   Stipulation.  In compliance with General Order 45, X, B., I hereby attest that George A. Riley has
27   concurred with this filing.

LAW OFFICES
COTCHETT,
PITRE, &
MCCARTHY

**JOINT MOTION FOR ORDER SEALING PORTIONS OF OBJECTION SUBMITTED TO THE COURT; PROPOSED ORDER**

1

ORDER

IT IS SO ORDERED.

Dated: 10/30/08 .

_____
HON. JEREMY FOGEL
UNITED STATES DISTRICT JUDGE