```
 1   MARK C. MOLUMPHY (State Bar No. 168009)
     COTCHETT, PITRE & McCARTHY
 2   840 Malcolm Road, Suite 200
     Burlingame, California 94010
 3   Telephone:  (650) 697-6000
     Facsimile:  (650) 697-0577
 4   E-Mail:     mmolumphy@cpmlegal.com
     Attorneys for Plaintiffs and Derivatively on Behalf of APPLE INC.
 5
     GEORGE A. RILEY (State Bar No. 118304)
 6   O'MELVENY & MYERS LLP
     Two Embarcadero Center
 7   28th Floor
     San Francisco, California 94111-3828
 8   Telephone:  (415) 984-8700
     Facsimile:  (415) 984-8701
 9   E-Mail:     griley@omm.com
     Attorneys for Nominal Defendant APPLE INC.
10
11
```

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| In re APPLE INC. DERIVATIVE LITIGATION | Master File No. C-06-04128-JF |
|---|---|
| This Documents Relates to:<br><br>ALL ACTIONS. | [~~PROPOSED~~] FINAL JUDGMENT AND ORDER OF DISMISSAL WITH PREJUDICE |

1    This matter came before the Court for hearing pursuant to an Order of this Court, dated
2    _____September 8_____, 2008, on the application of the Settling Parties for approval of the
3    settlement set forth in the Stipulation of Agreement of Settlement dated as of August 29, 2008
4    (the "Stipulation"). Due and adequate notice having been given of the Settlement as required in
5    said Order, and the Court having considered all papers filed and proceedings held herein and
6    otherwise being fully informed and good cause appearing therefore, IT IS HEREBY ORDERED,
7    ADJUDGED AND DECREED that:
8        1.    This Judgment incorporates by reference the definitions in the Stipulation, and all
9    terms used herein shall have the same meanings set forth in the Stipulation.
10       2.    This Court has jurisdiction over the subject matter of the Federal Action and over
11   all Settling Parties.
12       3.    Pursuant to Rule 23.1 of the Federal Rules of Civil Procedure, this Court hereby
13   approves the Settlement set forth in the Stipulation and finds that the Settlement is in all respects
14   fair, reasonable and adequate to, and in the best interests of, Apple and its shareholders. The
15   Court finds that the Settlement is consistent and in compliance with all applicable requirements of
16   California and Federal law, the California and United States Constitutions (including the due
17   process clause), the Federal Rules of Civil Procedure, and any other applicable law. The Court
18   further finds the Settlement is the result of arm's-length negotiations between experienced
19   counsel representing the interests of the Settling Parties, and that Plaintiffs' Counsel adequately
20   represented the interests of Apple and its shareholders for the purposes of the Actions.
21       Accordingly, the Settlement is hereby approved in all respects and shall be consummated in
22   accordance with its terms. The Settlement shall be deemed to be, and by operation of the
23   Judgment shall be, binding on the Settling Parties, and the Settling Parties are hereby directed to
24   perform the terms of the Stipulation.
25       4.    Plaintiffs, on behalf of themselves and Apple, Defendants, and Apple shall be
26   deemed to have, and by operation of the Judgment shall have, fully, finally, and forever released
27   and discharged each and every Released Claim, and shall not now or hereinafter institute,
28   participate in or maintain a proceeding involving a Released Claim either directly or indirectly,

1 derivatively, on their own behalf or on behalf of any other person or entity.

2     5.    The Released Claims shall have res judicata, collateral estoppel, and other preclusive effect in all pending and future lawsuits or other proceedings maintained by or on behalf of the Settling Parties, as well as their respective predecessors, successors, parents, subsidiaries, affiliates and agents (including, without limitation, any investment bankers, accountants, insurers, reinsurers or attorneys and any past, present or future officers, directors and employees of Apple, and their predecessors, successors, parents, subsidiaries, affiliates and agents).

    6.    As provided for in the Order Preliminarily Approving Settlement, the content, distribution and publication of the Notice of Proposed Settlement of Shareholder Derivative Action and Hearing and the Summary Notice constituted the best notice practicable under the circumstances to all persons entitled to such notice. These notices fully satisfied the requirements of Federal Rule of Civil Procedure 23.1, the requirements of due process, and any other applicable law.

    7.    Neither the Stipulation nor the Settlement (nor the Exhibits thereto, including but not limited to the corporate governance policies attached as Exhibits 6, 7, 9, 10 and 11, the modifications to Apple's Compensation Committee charter detailed in Exhibit 8, and the modifications to Apple's Corporate Governance Guidelines), nor any act performed or document executed pursuant to or in furtherance of the Stipulation or the Settlement: (a) is or shall be construed as an admission by Defendants or Apple of any fault, wrongdoing, or liability whatsoever; or (b) shall be deemed or offered or received in evidence in any judicial, administrative, regulatory, or other proceeding or utilized in any manner whatsoever, including as a presumption, concession, or admission of any fault, wrongdoing or liability whatsoever on the part of Defendants or Apple. The Stipulation and/or Judgment may be used, offered or received in evidence in any proceeding to approve, enforce or otherwise effectuate any provision of the Settlement (or any agreement or order relating thereto) or this Judgment, or in any proceeding in which the reasonableness, fairness, or good faith of the Settling Parties in participating in the Settlement (or any agreement or order relating thereto) is at issue, or to enforce or effectuate

1  provisions of this Settlement as to the Settling Parties.

2      8.    Plaintiffs' Counsel's Attorneys' Fees and Expenses requests are granted.

3      9.    The Court finds that during the course of the litigation, the Settling Parties and their respective counsel at all times complied with the requirements of Federal Rule of Civil Procedure 11 and all other similar laws or statutes, including California Code of Civil Procedure Section 128.7.

    10.    Without affecting the finality of this Final Judgment and Order of Dismissal With Prejudice in any way, this Court hereby retains jurisdiction as to all matters relating to the administration, consummation, enforcement and interpretation of this Settlement and this Judgment.

    11.    The above-entitled case is hereby dismissed with prejudice and without costs in accordance with the Stipulation.

**IT IS SO ORDERED.**

DATED: _11-5-08_

HONORABLE JEREMY FOGEL
UNITED STATES DISTRICT JUDGE